thomas benson
c/o 9030 West Sahara Avenue, 617
Las Vegas Nevada [8911]



FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 8 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS BENSON,

**2:16-cv-01268-RFB-PAL**

                    Plaintiff,

vs.

KENNETH MEAD in his individual
capacity,
MICHAEL MADLAND in his individual
capacity,
FOX 5 KVVU-TV,
METROPOLITAN POLICE
DEPARTMENT,
CLARK COUNTY NEVADA DOES
1-30 INCLUSIVE,

                    Defendants.

)
) **CIVIL RIGHTS COMPLAINT**
) **PURSUANT TO 42 USC 1983,**
) **18 USC CHAPTER 13, 241,242**
) **USC TITLE 18 CHAPTER 55 §1201**
)
)
)
)
)
)
)
)
)
) **TRIAL BY JURY DEMANDED**
)
)
)

**COMES NOW,** thomas benson complaining of the Defendants as follows;

## INTRODUCTION

**CIVIL RIGHTS COMPLAINT**

1

1.  This action is an action brought by the Plaintiff for violation of USC TITLE 18 > PART I > CHAPTER   13 > § 241, §242, USC TITLE 18 > PART I> CHAPTER 115 > > § 1201 Kidnapping, TITLE 42 U.S. Code § 1983, NRS 200.510

## I.                                    THE PARTIES

2.  Plaintiff thomas benson  is now and at all times relevant to this action as a "state" Citizen of Nevada.

3.  Defendant  MEAD is a Police officer.  Defendant has a principal place of business located at LAS VEGAS METROPOLITAN POLICE DEPARTMENT 400 S. Martin L. King Boulevard Las Vegas, Nevada   89106

4. Defendant MADLAND   is a Police officer.  Defendant has a principal place of business located at LAS VEGAS METROPOLITAN POLICE DEPARTMENT, 400 S. Martin L. King Boulevard Las Vegas, Nevada 89106

5.  Defendant FOX 5 KVVU-TV is a Corporation formed under the laws of the STATE OF NEVADA.  Defendant has a principal place of business located at FOX5 KVVU-TV 25 TV5 Dr. Henderson, NV 89014.

6. Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT  is a Corporation formed under the laws of the state of  NEVADA.  Defendant has a principal place of business located at LAS VEGAS METROPOLITAN POLICE DEPARTMENT 400 S. Martin L. King Boulevard Las Vegas, Nevada 89106.

7. Defendant CLARK COUNTY, NEVADA is a corporation formed under the laws of the STATE OF NEVADA.  Defendant has a principal place of business located at 500 S. Grand Central Pkwy., Las Vegas, NV 89155 .

## II.                           JURISDICTION AND VENUE

8. The US District Court District of Nevada has jurisdiction pursuant to 15 U.S.C. TITLE 18 *et, al*, and 15 USC TITLE 42 *et, al*, NRS 200.510 and the court has concurrent jurisdiction over Plaintiff's tort state claims. Venue is proper as the occurrences which give rise to this action took place within the State of Nevada. Therefore venue is proper within this court.

## III.                     FACTUAL ALLEGATIONS

9. On May 12, 2016, Plaintiff was traveling in his private automobile to 5464 Sierra Brook Court. Plaintiff stopped his car and was told by Defendant Officer Madland Badge 9978 that there was a police investigation in progress and to leave. Plaintiff immediately got in the car and started to travel. After 30 feet of travel, Plaintiff stopped the car and used a phone to video record Miguel and Miguelito Barraza in hand cuffs in front of a neighbor's house.  An unidentified Officer then yelled at plaintiff to stop the car. An unidentified Officer open the door to the car and then told plaintiff to exit the car. Plaintiff was then placed in handcuffs and told was being detained. plaintiff was then searched, Officer reaching into plaintiff's pockets, plaintiff told Defendant Madland I do not give permission to search, and Defendant Madland removed wallet, pen knife, removed without permission from plaintiff's body. Plaintiff then observed Defendant Madland searching Plaintiff's car, plaintiff told Defendant Madland. Plaintiff did not give permission for car to be searched. Defendant Madland took papers out of Plaintiff's car and gave them to Defendant Mead, which Defendant Mead did not return. Defendant Mead also took possession of Plaintiff's property (American National Identification Card), never issued a property receipt for taking any items from plaintiff. Plaintiff's car was then towed by Ewing Brothers Towing Company. Defendant Mead took Plaintiff's Identification card and a folder containing 4 laminated papers of Supreme Court Cases saying it is lawful to travel privately

without a driver license. After 2 hours in handcuffs, Defendant Mead took off the cuffs, issued two tickets for driving without a driver license, texting while driving, no insurance.

Plaintiff thomas benson is charged with:

**NRS 483.550 Driving without valid license.**

1.  It is unlawful for any **person** to drive a motor vehicle upon a public street or highway in this State without being the holder of a valid driver's license.

Plaintiff is not a person.

US Supreme Court in Wilson v. Omaha Indian Tribe, 442 US 653, 667 (1979):"In common usage, the term '**person**' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it."

US Supreme Court in U.S. v. Cooper, 312 US 600,604, 61 S.Ct 742 (1941): "Since in common usage the term '**person**' does not include the sovereign, statutes employing      that     term are      ordinarily    construed    to exclude it.,,

US Supreme Court in U.S. v. United Mine Workers of America, 330 U.S. 258 67 SCt677    (1947):"In common usage, the term '**person**' does not include the sovereign and statutes employing it will ordinarily not be construed to do so."

US Supreme Court in US v. Fox, 94 US 315: "Since in common usage, the term '**person**' does not include the sovereign, statutes employing the phrase are ordinarily construed to exclude it."

U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 52 8 ,530 : "In  common usage the word **'person'** does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign."

Church of Scientology v. US Department of Justice, 612 F . 2 d 4 17  @ 4 2 5
( 197 9 ) :   "the word    **'person'** in legal terminology is perceived    as a general word which normally includes in its scope a variety of entities other than human beings., see e.g. 1, U.S.C. § para 1."
 UCC 1-201 General Definitions (27) "**Person**" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.
American Law and Procedure, Vol. 13, page 137, 1910:
 "This word **'person'** and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary      to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use ... A person is here not a physical or individual person, but the status or condition with which he is invested  ... not an individual or physical person, but the status, condition or character borne by physical persons ... The law of persons is the law of status or condition."
Plaintiff was not operating a **motor vehicle**.
**See USC TITLE 18 SECTION 31(6) DEFINITION OF MOTOR VEHICLE**
(6)Motor vehicle.—
The term "**motor vehicle**" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for **commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo.

**CIVIL RIGHTS COMPLAINTS**

18 USCS § 31, term "used for **commercial purposes**" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.

The term "**driver**" in contradistinction to "traveler," is defined as: "Driver -- One employed in conducting a coach, carriage, wagon, or other vehicle ..." Bovier's Law Dictionary, 1914 ed., Pg. 940. Notice that this definition includes one who is "employed" in conducting a vehicle.

Plaintiff was traveling in his private capacity, in his private car, not for hire, not in commerce, not driving.

See attached 4 pages of supreme court cases and affidavit of facts (see Exhibit A) that say plaintiff has the right to travel without a driver license. plaintiff does not have a Nevada driver license or a driver license issued by any other state as plaintiff is not operating a motor vehicle and is not required to have a driver license. In the car was an international drivers permit issued by the American National Travel Alliance, which Defendant MADLAND found while unlawfully searching plaintiff's car. This travel permit is valid in the United States of America, as the United States of America has signed the Geneva Convention on International Road Traffic, agreeing to accept this International Driving Permit as valid, dated 19 September 1949. plaintiff has this document in case he ever intends to operate a motor vehicle as a driver. Defendant MADLAND showed this travel permit to Defendant MEAD, and Defendant MEAD (assuming) said it is not valid (SEE exhibit A) for the Geneva Convention document, copy of International Driver Permit).

**NRS 484B.165** –

 Using handheld wireless communications device to type or enter text, send or read data, engage in non-voice communication or engage in voice communications without use of hands-free device unlawful; exceptions; penalty. [Effective through December 31, 2013.]

(a) Manually type or enter text into a cellular telephone or other handheld wireless communications device, or send or read data using any such device to access or search the Internet or to engage in non-voice communications with another person, including, without limitation, texting, electronic messaging and instant messaging.

(b) Use a cellular telephone or other handheld wireless communications device to engage in voice communications with another person, unless the device is used with an accessory which allows the person to communicate without using his or her hands, other than to activate, deactivate or initiate a feature or function on the device.

Plaintiff was not using the phone or texting, plaintiff was stopped and filming with his telephone miguel barraza in hand cuffs.

Plaintiff's charged with no insurance.

Chapter 485 Motor Vehicles: Insurance and Financial Responsibility

- NRS 485.187 Unlawful acts; fines and penalties; exceptions.
- NRS 485.187 Unlawful acts; fines and penalties; exceptions.

1. Except as otherwise provided in subsection 5, the owner of a **motor vehicle** shall not:

   (a) **Operate the motor vehicle**, if it is registered or required to be registered in this State, without having insurance as required by NRS 485.185.

   Plaintiff is not an owner of a motor vehicle, thereby is not required to have insurance under this NRS.

**CIVIL RIGHTS COMPLAINTS**

Murdock v. Penn., 319 US 105, (1943) "No state shall convert a liberty into a privilege, license it, and attach a fee to it."

Plaintiff has a right to travel, the LAS VEGAS METROPOLITAN POLICE DEPARTMENT is attempting to convert a liberty into a privilege by requiring plaintiff to have a driver license.

Statutes and codes are for government employees. plaintiff is not a government employee. See:

"All codes, rules and regulations are applicable to the government authorities only, not Human/Creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking in due process ..." RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985). Plaintiff is foreign to the jurisdiction of the UNITED STATES, Plaintiff is not a U.S CITIZEN, but is a "state" citizen (see exhibit C AFFIDAVIT OF NATIONALITY).

    (a) U.S Citizens do not have Constitutional rights. See Maxwell vs Dow.
    (b) A U.S. Citizen upon leaving the District of Columbia becomes involved in Interstate Commerce as a resident does not have the common law right to travel as a Citizen of one of the several states. See Hendrick vs. Maryland.

    (c) A U.S. Citizen does not have the right to bear arms, as guaranteed in the 2nd amendment. See West vs. Louisiana.

    (d) A U.S. Citizen is a fictitious entity and has no rights. See Wheeling Steel Corp. vs Fox.

    (e )U.S. Citizens are property of the Federal Government. See Wheeling Steel Corp. Vs. Fox.

(f ) Civil rights, 14th amendment, are for U.S. Citizens, not state citizens. See Wadleigh vs. Newhall.

(g ) U.S. Citizens have no right to the custody of their infant children except subject to the paramount right of the State. See Wadleigh vs. Newhall.

THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT is a corporation. They are listed in Dun and Bradstreet under  **DUNS 085425762**. This corporation was formed in 2011, and has a paydex number of 67 based on 24 month of trading on the stock exchange. The police had zero jurisdiction as a corporation to detain Plaintiff take his property, kidnap, and take his car. (see DUN & BRADSTREET REPORT-see EXHIBIT E ).

## COUNT 1
## VIOLATION OF NRS 200.510 LIBEL

FOX5 KVVU-TV 25 TV5 was filming near the scene where Plaintiff was unlawfully handcuffed and detained. FOX5 KVVU-TV 25 TV5 aired, made a statement that 4 people had been arrested for squatting unlawfully in a house, then they showed plaintiff's video recording in handcuffs. plaintiff was detained for texting while driving, driving without a driver license, not detained for squatting. FOX5 KVVU-TV 25 TV5 has willfully slandered plaintiff by showing this film publicly, and is guilty of defamation of character, libel. This is in direct violation of :

**NRS 200.510**

The legal definition of "libel" in Las Vegas, Nevada, is "a malicious defamation, expressed by printing, writing, signs, pictures or the like, tending to blacken the memory of the dead, or to impeach the honesty, integrity, virtue, or reputation, or

to publish the natural defects of a living person or persons, or community of persons, or association of persons, and thereby to expose them to public hatred, contempt or ridicule."

## COUNT II
## FALSE ARREST, FALSE IMPRISONMENT VIOLATION OF
## Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, **supported by oath or affirmation,** and particularly describing the place to be searched, and the persons or things to be seized. Defendant MEAD and Defendant MADLAND, unlawfully detained Plaintiff. Unlawfully searched his body, unlawfully searched his car, unlawfully towed his car, unlawfully stole items from car, and stole his American National private identification card.

(see exhibit A, 4 pages of supreme court decisions that say no driver license required when traveling privately not for hire)

10.  No arrest warrant, or search warrant was issued against plaintiff.

### VIOLATION OF    Fifth Amendment

The Fifth Amendment creates a number of rights relevant to both criminal and civil legal proceedings.  In criminal cases, the Fifth Amendment guarantees the right to a **grand jury**, forbids "double jeopardy," and protects against self-incrimination. It also requires that "due process of law" be part of any proceeding that denies a citizen "life, liberty or property" and requires the government to compensate citizens when it takes private property for public use.

11. Plaintiff never had a grand jury. Plaintiff's property was seized (automobile), identification card, papers from car.

## COUNT III

**USC TITLE 18 > PART I > CHAPTER 13 > § 242. Deprivation of rights under color of law**

**Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.**

Defendant MEAD and Defendant MADLAND, unlawfully detained Plaintiff and unlawfully searched his body, unlawfully searched his car, unlawfully towed his car, unlawfully stole items from car, unlawfully kidnapped, and stole his American National private identification card.

# COUNT IV

## USC TITLE 18 > PART I> CHAPTER 13 > § 241 Conspiracy
## against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the

United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Defendant MEAD and Defendant MADLAND, unlawfully detained Plaintiff and unlawfully searched his body, unlawfully searched his car, unlawfully towed his car, unlawfully stole items from car, and stole his American National private identification card.


# COUNT V

## 18 U.S. Code § 1201 – Kidnapping

(a) Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when—

(1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;

(2) any such act against the person is done within the special maritime and territorial jurisdiction of the United States;

(3) any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section 46501 of title 49;

(4) the person is a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116(b) of this title; or

(5) the person is among those officers and employees described in section 1114 of this title and any such act against the person is done while the person is engaged in, or on account of, the performance of official duties, shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment.

(b) With respect to subsection (a)(1), above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce. Notwithstanding the preceding sentence, the fact that the presumption under this section has not yet taken effect does not preclude a Federal investigation of a possible violation of this section before the 24-hour period has ended.

(c) If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.

CIVIL RIGHTS COMPLAINTS

(d) Whoever attempts to violate subsection (a) shall be punished by imprisonment for not more than twenty years.

(e) If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the places within the provisions of sections 5 and 7 of this title and section 46501(2) of title 49. For purposes of this subsection, the term "**national** of the United States" has the meaning prescribed in section 1101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(21).

UNITED STATES V. KOZMINSKI, 487 U. S. 931 (1988) "For purposes of criminal prosecution under § 241 or § 1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury or by the use or threat of coercion through law or the legal process. This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion.

" Black's Law Dictionary, Sixth Edition, p. 266, ISBN 0-314-76271-X:

color of law: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188. Defendants kidnapped Plaintiffs, denied them their state Constitutional Rights, Bill of Rights.

Benson is a national of the united States of America, is foreign to the corporation THE UNITED STATES, Defendant MEAD and Defendant MADLAND, unlawfully detained plaintiff, kept him handcuffed for 2 hours against his will.

## COUNT VI

## NRS 205.0832 THEFT OF PROPERTY

Actions which constitute theft.

or diverts the services of another person to his or her own benefit or that of another person without lawful authority to do so.

(g) Takes, destroys, conceals or disposes of property in which another person has a security interest, with intent to defraud that person.

(h) Commits any act that is declared to be theft by a specific statute.

(i) Draws or passes a check, and in exchange obtains property or services, if the person knows that the check will not be paid when presented.

(j) Obtains gasoline or other fuel or automotive products which are available only for compensation without paying or agreeing to pay compensation.

12.   A person who commits an act that is prohibited by subsection 1 which involves the repair of a vehicle has not committed theft unless, before the repair was made, the person received a written estimate of the cost of the repair.

13. Defendant MEAD stole Plaintiff's Identification card and personal papers from car. Defendant MEAD had Plaintiff's car towed, which is also theft. Defendant MEAD never had the authority to conduct an unlawful search and seizure of Plaintiff's property.

14. Plaintiff is foreign to the UNITED STATES. (see exhibit C)

15. THE STATE OF NEVADA, LAS VEGAS METROPOLITAN POLICE DEPARTMENT is a corporation. According to a supreme court decision <u>Rundle vs Delaware</u>, a corporation cannot sue or contend with the living man. THE

STATE OF NEVADA, LAS VEGAS METROPOLITAN POLICE
DEPARTMENT is a corporation, plaintiff is a living man.  LAS VEGAS
METROPOLITAN POLICE DEPARTMENT in STATE OF NEVADA has no
authority to sue or contend with the living man. (Supreme court decision Rundle v
Delaware)

16. Defendant MEAD and Defendant MADLAND have sworn an oath of office to
protect and uphold the constitution of Nevada. They are in fact in violation of that
oath by falsely detaining plaintiff, holding him in handcuffs for 2 hours, unlawfully
searching plaintiff's body, unlawfully searching plaintiff's car, seizing personal
belongings from plaintiff towing plaintiff's car.

"No state legislator or executive or judicial officer can war against the Constitution
without violating his undertaking to support it." COOPER v. AARON, 358 U.S.

17. Defendant MEAD and Defendant MADLAND have no immunity as police
officers, as they have violated plaintiff's constitutional rights, civil rights, civil
liberties.

**"No man in this country is so high that he is above the law. No officer of the
law may set that law at defiance with impunity. All the officers of the
government  from the highest to the lowest are creatures of the law and are
bound to obey it. It is the only supreme power in our system of government
and every man who by accepting office participates in its functions is only the
more strongly bound to submit to that supremacy, and to observe the
limitations which it imposes upon the exercise of the authority which it gives".**
"Shall it be said .. _that the courts cannot give remedy when the citizen has been
deprived of his property by force, his estate seized and converted to the use of the
government without any lawful authority,_ without any process of law, and without
any compensation, because the president has ordered it and his officers are in

possession? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights. "

Pierce v. United States ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677 ("We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority"); Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S. Ct.292, 297.

("In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority was sufficient in law to protect him ... It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority"); and Poindexter v.

Greenhaw, 114 U.S. 270, 287, 5 S.Ct. 903, 912.


**WHEREAS**, officials and even judges have no immunity (See, Owen vs. City of Independence, 100 S Ct .1398;

 Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983.

**"When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity. " Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101,(CA DC 1991).**

"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation,       failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation. " (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, **supported by oath or affirmation,** and particularly describing the place to be searched, and the persons or things to be seized.

The Fifth Amendment creates a number of rights relevant to both criminal and civil legal proceedings.  In criminal cases, the Fifth Amendment guarantees the right to a grand jury, forbids "double jeopardy," and protects against self-incrimination.  It also requires that "due process of law" be part of any proceeding that denies a citizen "life, liberty or property" and requires the government to compensate citizens when it takes private property for public use.

 Plaintiff's never had a grand jury. Plaintiff's property was seized, id card, papers (automobile).

Plaintiff is not a U.S. CITIZEN, but is a "state" citizen. (See exhibit C)

CIVIL RIGHTS COMPLAINTS

A corporation cannot sue or contend with a living man.

It appears that a corporation   LAS VEGAS METROPOLITAN POLICE DEPARTMENT STATE OF NEVADA is attempting to sue, contend with plaintiff a living man.

## COUNT VII

### VIOLATION OF AN ACTIVE LIEN

Defendant MEAD issued two tickets to THOMAS ARVEL BENSON, a fictitious name plaintiff has full possession of. (see exhibit D)

On 2/1/2016 Plaintiff filed a registration of fictitious name THOMAS ARVEL BENSON with the STATE OF MISSOURI, (see exhibit D), with thomas arvel benson the new owner of the fictitious name THOMAS ARVEL BENSON.

On 2/1/2016 Plaintiff also have a certificate of fact with the STATE OF MISSOURI, certifying that THOMAS ARVEL BENSON is owned by Thomas Arvel Benson, 9030 West Sahara Avenue 617 Las Vegas Nevada 89117 with full ownership. (see exhibit D).

On 4/11/2016 a Commercial Possessory lien (exhibit D) was filed with the STATE OF KANSAS FEDERAL COURT, case 6:16-mc-00102-EFM. This document lien all wages, salary, assets, and all interests of THOMAS ARVEL BENSON. This lien is for the amount of $499,999,999.99 When Defendant MEAD used the fictitious name of THOMAS ARVEL BENSON owned by plaintiff, he violated the lien and now must pay plaintiff for the unlawful use of the fictitious name THOMAS ARVEL BENSON.


### PRAYER FOR RELIEF


**WHEREFORE,** Plaintiff request the following relief to be awarded for each Count and each defendant:

### CIVIL RIGHTS COMPLAINTS

- The amount of twelve million dollars for lawful money only Title 12 U.S.C. section 411 for damages, illegal arrest, illegal incarceration, theft, libel, kidnapping, payable in silver dollars. NRS. § 99.010.

**Trial by Jury is Demanded.**

Pursuant to 28 USC 1746(1), I declare under penalty of perjury under the Laws of the United States of America that the statements made on this Civil Rights Complaint and within this statement are true, correct.

With explicit Reservation of All Rights, Without Prejudice, Non Assumpsit, without the United States; 28 USC 1746 (1)

Dated: _6 – 8 –16_____

By: _____

thomas benson

# Exhibit List

1. Exhibit "A"
    (4 pages) • Supreme Court Decision -
            Necessary for formal use of an   automobile on   common ways.
    (5 pages) • Affidavit of Statement of Facts of thomas benson
    (1 page) • Photocopy of International Driver Permit
    (6 pages) •  Geneva Convention docs- (showing evidence  United States
            of America as signatory)

2. Exhibit "B"
    (2 pages) • Foreign Sovereign Immunity Act. (FSIAJ of 1976)

3. Exhibit "C"
    (10 pages)  • Affidavit of Nationality
    (2 pages) •   Declaration of Verified Standing benson is a foreign to the
            UNITED STATES.

4. Exhibit "D"
    (1 page) • Registration of Fictitious Name THOMAS ARVEL BENSON
    (1page) • Certification of Fact- FICTITIOUS NAME THOMAS ARVEL
            BENSON is owned by thomas arvel benson
    (1page) •Affidavit of Publication – Notice of Interest for THOMAS ARVEL
            BENSON
    (8 pages) • Copy of Commercial Possessory Lien-(THOMAS ARVEL
            BENSON)
    ( 2 pages) • Copy of 2 ciatations ticket issued by defendant MEAD.

5. Exhibit "E"
    •   Dun & Bradstreet- Business Information Report -METROPOLITAN
    POLICE DEPT. ( DUNS-08-542-5762)

# EXHIBIT "A"

1. Supreme Court Decisions (4 pages)" No License of an automobile on common ways.
2. Affidavit of Statement of Facts of thomas benson
3. Photocopy of International Driver Permit
4. Geneva Convention Docs ( showing evidence United States of America as signatory

**U.S. SUPREME COURT AND OTHER HIGH COURT CITATIONS PROVING THAT NO LICENSE IS NECESSARY FOR NORMAL USE OF AN AUTOMOBILE ON COMMON WAYS**

"The right of a citizen to travel upon the public highways and to transport his property thereon, by horsedrawn carriage, wagon, or automobile, is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty and the pursuit of happiness. Under this constitutional guaranty one may, therefore, under normal conditions, travel at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's rights, he will be protected, not only in his person, but in his safe conduct."

Thompson v.Smith, 154 SE 579, 11 American Jurisprudence, Constitutional Law, section 329, page 1135 "The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." –

Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784 "… the right of the citizen to drive on a public street with freedom from police interference… is a fundamental constitutional right" - White, 97 Cal.App.3d.141, 158 Cal.Rptr. 562, 566-67 (1979) "citizens have a right to drive upon the public streets of the District of Columbia or any other city absent a constitutionally sound reason for limiting their access."

Caneisha Mills v. D.C. 2009 "The use of the automobile as a necessary adjunct to the earning of a livelihood in modern life requires us in the interest of realism to conclude that the RIGHT to use an automobile on the public highways partakes of the nature of a liberty within the meaning of the Constitutional guarantees. . ."

Berberian v. Lussier (1958) 139 A2d 869, 872, See also: Schecter v. Killingsworth, 380 P.2d 136, 140; 93 Ariz. 273 (1963). "The right to operate a motor vehicle [an automobile] upon the public streets and highways is not a mere privilege. It is a right of liberty, the enjoyment of which is protected by the guarantees of the federal and state constitutions."

Adams v. City of Pocatello, 416 P.2d 46, 48; 91 Idaho 99 (1966). "A traveler has an equal right to employ an automobile as a means of transportation and to occupy the public highways with other vehicles in common use."

Campbell v. Walker, 78 Atl. 601, 603, 2 Boyce (Del.) 41. "The owner of an automobile has the same right as the owner of other vehicles to use the highway,* * * A traveler on foot has the same right to the use of the public highways as an automobile or any other vehicle."

Simeone v. Lindsay, 65 Atl. 778, 779; Hannigan v. Wright, 63 Atl. 234, 236. "The RIGHT of the citizen to DRIVE on the public street with freedom from police interference, unless he is engaged in suspicious conduct associated in some manner with criminality is a FUNDAMENTAL CONSTITUTIONAL RIGHT which must be protected by the courts." People v. Horton 14 Cal. App. 3rd 667 (1971) "The right to make use of an automobile as a vehicle of travel long the highways of the state, is no longer an open question. The owners thereof have the same rights in the roads and streets as the drivers of horses or those riding a bicycle or traveling in some other vehicle."

House v. Cramer, 112 N.W. 3; 134 Iowa 374; Farnsworth v. Tampa Electric Co. 57 So. 233, 237, 62 Fla. 166. "The automobile may be used with safety to others users of the highway, and in its proper use upon

1

the highways there is an equal right with the users of other vehicles properly upon the highways. The law recognizes such right of use upon general principles.

Brinkman v Pacholike, 84 N.E. 762, 764, 41 Ind. App. 662, 666. "The law does not denounce motor carriages, as such, on public ways. They have an equal right with other vehicles in common use to occupy the streets and roads. It is improper to say that the driver of the horse has rights in the roads superior to the driver of the automobile. Both have the right to use the easement."

Indiana Springs Co. v. Brown, 165 Ind. 465, 468. U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary Copy and Share Freely YHVH.name 2 2 "A highway is a public way open and free to any one who has occasion to pass along it on foot or with any kind of vehicle." Schlesinger v. City of Atlanta, 129 S.E. 861, 867, 161 Ga. 148, 159;

Holland v. Shackelford, 137 S.E. 2d 298, 304, 220 Ga. 104; Stavola v. Palmer, 73 A.2d 831, 838, 136 Conn. 670 "There can be no question of the right of automobile owners to occupy and use the public streets of cities, or highways in the rural districts." Liebrecht v. Crandall, 126 N.W. 69, 110 Minn. 454, 456 "The word 'automobile' connotes a pleasure vehicle designed for the transportation of persons on highways."

¬American Mutual Liability Ins. Co., vs. Chaput, 60 A.2d 118, 120; 95 NH 200 Motor Vehicle: 18 USC Part 1 Chapter 2 section 31 definitions: "(6) Motor vehicle. – The term "motor vehicle" means every

connection with any business, or other undertaking intended for profit. "A motor vehicle or automobile for hire is a motor vehicle, other than an automobile stage, used for the transportation of persons for which remuneration is received."

¬International Motor Transit Co. vs. Seattle, 251 P. 120 The term 'motor vehicle' is different and broader than the word 'automobile.'"

¬City of Dayton vs. DeBrosse, 23 NE.2d 647, 650; 62 Ohio App. 232 "Thus self-driven vehicles are classified according to the use to which they are put rather than according to the means by which they are propelled" – Ex Parte Hoffert, 148 NW 20 "

The Supreme Court, in Arthur v. Morgan, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that carriages were properly classified as household effects, and we see no reason that automobiles should not be similarly disposed of."

Hillhouse v United States, 152 F. 163, 164 (2nd Cir. 1907). "…a citizen has the right to travel upon the public highways and to transport his property thereon…" State vs. Johnson, 243 P. 1073; Cummins vs. Homes, 155 P. 171; Packard vs. Banton, 44 S.Ct. 256; Hadfield vs. Lundin, 98 Wash 516, Willis vs. Buck, 263 P. I 982;

Barney vs. Board of Railroad Commissioners, 17 P.2d 82 "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."

Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am.Jur. (1st) Highways Sect.163 "the right of the Citizen to travel upon the highway and to transport his property thereon in the ordinary course of life and business… is the usual and ordinary right of the Citizen, a right common to all." –

2

Ex Parte Dickey, (Dickey vs. Davis), 85 SE 781 "Every Citizen has an unalienable RIGHT to make use of the public highways of the state; every Citizen has full freedom to travel from place to place in the enjoyment of life and liberty." People v. Nothaus, 147 Colo. 210. "No State government entity has the power to allow or deny passage on the highways, byways, nor waterways… transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances."

Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N.E. 22. "Traffic infractions are not a crime." People v. Battle "Persons faced with an unconstitutional licensing law which purports to require a license as a prerequisite to exercise of right… may ignore the law and engage with impunity in exercise of such right."

Shuttlesworth v. Birmingham 394 U.S. 147 (1969). U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary Copy and Share Freely YHVH.name 3 "The word 'operator' shall not include any person who solely transports his own property and who transports no persons or property for hire or compensation."

Statutes at Large California Chapter 412 p.83 "Highways are for the use of the traveling public, and all have the right to use them in a reasonable and proper manner; the use thereof is an inalienable right of every citizen." Escobedo v. State 35 C2d 870 in 8 Cal Jur 3d p.27 "RIGHT — A legal RIGHT, a constitutional RIGHT means a RIGHT protected by the law, by the constitution, but government does not create the idea of RIGHT or original RIGHTS; it acknowledges them. . . " Bouvier's Law Dictionary, 1914, p. 2961. "Those who have the right to do something cannot be licensed for what they already have right to do as such license would be meaningless."

City of Chicago v Collins 51 NE 907, 910. "A license means leave to do a thing which the licensor could prevent." Blatz Brewing Co. v. Collins, 160 P.2d 37, 39; 69 Cal. A. 2d 639. "The object of a license is to confer a right or power, which does not exist without it."

Payne v. Massey (19___) 196 SW 2nd 493, 145 Tex 273. "The court makes it clear that a license relates to qualifications to engage in profession, business, trade or calling; thus, when merely traveling without compensation or profit, outside of business enterprise or adventure with the corporate state, no license is required of the natural individual traveling for personal business, pleasure and transportation."

Wingfield v. Fielder 2d Ca. 3d 213 (1972). "If [state] officials construe a vague statute unconstitutionally, the citizen may take them at their word, and act on the assumption that the statute is void." –

Shuttlesworth v. Birmingham 394 U.S. 147 (1969). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority." Donnolly vs. Union Sewer Pipe Co., 184 US 540; Lafarier vs. Grand Trunk R.R. Co., 24 A. 848; O'Neil vs. Providence Amusement Co., 108 A. 887. "The right to travel (called the right of free ingress to other states, and egress from them) is so fundamental that it appears in the Articles of Confederation, which governed our society before the Constitution."

(Paul v. Virginia). "[T]he right to travel freely from State to State … is a right broadly assertable against private interference as well as governmental action. Like the right of association, it is a virtually unconditional personal right, guaranteed by the Constitution to us all." (U.S. Supreme Court,

Shapiro v. Thompson). EDGERTON, Chief Judge: "Iron curtains have no place in a free world. …'Undoubtedly the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the Constitution.'

3

Williams v. Fears, 179 U.S. 270, 274, 21 S.Ct. 128, 45 L.Ed. 186. "Our nation has thrived on the principle that, outside areas of plainly harmful conduct, every American is left to shape his own life as he thinks best, do what he pleases, go where he pleases." Id., at 197.

Kent vs. Dulles see Vestal, Freedom of Movement, 41 Iowa L.Rev. 6, 13—14. "The validity of restrictions on the freedom of movement of particular individuals, both substantively and procedurally, is precisely the sort of matter that is the peculiar domain of the courts." Comment, 61 Yale L.J. at page 187. "a person detained for an investigatory stop can be questioned but is "not obliged to answer, answers may not be compelled, and refusal to answer furnishes no basis for an arrest."Justice White, Hiibel "Automobiles have the right to use the highways of the State on an equal footing with other vehicles."

Cumberland Telephone. & Telegraph Co. v Yeiser 141 Kentucy 15. "Each citizen has the absolute right to choose for himself the mode of conveyance he desires, whether it be by wagon or carriage, by horse, motor or electric car, or by bicycle, or astride of a horse, subject to the sole condition that he will observe all those requirements that are known as the law of the road."

Swift v City of Topeka, 43 U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary Copy and Share Freely YHVH.name 4 Kansas 671, 674. The Supreme Court said in U.S v Mersky (1960) 361 U.S. 431: An administrative regulation, of course, is not a "statute." A traveler on foot has the same right to use of the public highway as an automobile or any other vehicle.

Cecchi v. Lindsay, 75 Atl. 376, 377, 1 Boyce (Del.) 185. Automotive vehicles are lawful means of conveyance and have equal rights upon the streets with horses and carriages.

Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 205; See also: Christy v. Elliot, 216 Ill. 31; Ward v. Meredith, 202 Ill. 66; Shinkle v. McCullough, 116 Ky. 960; Butler v. Cabe, 116 Ark. 26, 28-29. …automobiles are lawful vehicles and have equal rights on the highways with horses and carriages. Daily v. Maxwell, 133 S.W. 351, 354.

Matson v. Dawson, 178 N.W. 2d 588, 591. A farmer has the same right to the use of the highways of the state, whether on foot or in a motor vehicle, as any other citizen.

Draffin v. Massey, 92 S.E.2d 38, 42. Persons may lawfully ride in automobiles, as they may lawfully ride on bicycles. Doherty v. Ayer, 83 N.E. 677, 197 Mass. 241, 246;

Molway v. City of Chicago, 88 N.E. 485, 486, 239 Ill. 486; Smiley v. East St. Louis Ry. Co., 100 N.E. 157, 158. "A soldier's personal automobile is part of his 'household goods[.]'

U.S. v Bomar, C.A.5(Tex.), 8 F.3d 226, 235" 19A Words and Phrases – Permanent Edition (West) pocket part 94. "[I]t is a jury question whether … an automobile … is a motor vehicle[.]"

United States v Johnson, 718 F.2d 1317, 1324 (5th Cir. 1983). Other right to use an automobile cases: –

EDWARDS VS. CALIFORNIA, 314 U.S. 160 –

TWINING VS NEW JERSEY, 211 U.S. 78 – WILLIAMS VS. FEARS, 179 U.S. 270, AT 274 – CRANDALL VS. NEVADA, 6 WALL. 35, AT 43-44 – THE PASSENGER CASES, 7 HOWARD 287, AT 492 – U.S. VS. GUEST, 383 U.S. 745, AT 757-758 (1966) –

GRIFFIN VS. BRECKENRIDGE, 403 U.S. 88, AT 105-106 (1971) – CALIFANO VS. TORRES, 435 U.S. 1, AT 4, note 6 –

HAPIRO VS. THOMPSON, 394 U.S. 618 (1969) – CALIFANO VS. AZNAVORIAN, 439 U.S. 170, AT 176 (1978) Look the above citations up in American Jurisprudence. Some citations may be paraphrased.

4

## AFFIDAVIT OF STATEMENT AND FACTS OF

### thomas benson

Affiant, **thomas benson**, Sui Juris, natural Citizens of one of the several states, living in the republic, a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct complete and not misleading, the truth, the whole truth and nothing but the truth.

"All codes, rules and regulations are applicable to the government authorities only, not Human/Creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking in due process ..." RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985).

Affiant is not a government employee, statutes and codes do not apply to me, **thomas benson.**

Affiant states that he is not a resident, as stated in NRS 483.141. The code reads as follows:

1.   (a) Resident includes but not limited to **"PERSON"**, who's legal residence is in the state of NEVADA. ( Blacks law definition of PERSON is a corporation.)
2.   UCC 1-201 General Definitions (27) **"Person"** means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.

U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 52 8, 5 3 0: "In common usage the word 'person' does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign.

Affiant is not a person, affiant is a flesh and blood man, and affiant does not have legal residence in the state of NEVADA.

AFFIANT is NOT ENGAGING IN TRADE, PROFESSION, OCCUPATION OR ACCEPTED GAINFUL EMPLOYMEN IN THE STATE OF NEVADA.

(d) Who declares that he or she is a resident of this state to obtain privileges not ordinarily extended to non- residents of this state.

AFFIANT HAS NOT DECLARED THAT HE/SHE IS A RESIDENT OF THE STATE AND HE/SHE IS NOT RECEIVING BENEFITS OR PRIVELEGES FROM THE STATE, HE IS NOT A RESIDENT OF THE STATE OF NEVADA.

(e) The term does not include a **person** who is an out of state student or foreign exchange student, state employee or a seasonal resident.

"I DO NOT CONSENT TO THIS LEGAL PROCESS, I REFUSE TO CONTRACT WITH THIS COURT, I DO NOT ACCEPT THIS OFFER TO CONTRACT".

"I respectfully demand a trial by a jury of my peers as this controversy exceeds $20.

thomas benson is charged with

<u>NRS 483.550 Driving without valid license.</u>

1.  It is unlawful for any person to drive a motor vehicle upon a public street or highway in this State without being the holder of a valid driver's license.

thomas benson is not a person. thomas benson was not operating a motor vehicle.

See USC TITLE 18 SECTION 31(6) DEFINITION OF MOTOR VEHICLE

(6)Motor vehicle.—

The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for **commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo.

thomas benson was traveling in his private capacity, in his private car, not for hire, not in commerce.

See attached 4 pages of supreme court cases that say benson has the right to travel without a drivers license.

**NRS 484B.165** –
 Using handheld wireless communications device to type or enter text, send or read data, engage in non-voice communication or engage in voice communications without use of hands-free device unlawful; exceptions; penalty. [Effective through December 31, 2013.]
(a) Manually type or enter text into a cellular telephone or other handheld wireless communications device, or send or read data using any such device to access or search the Internet or to engage in non-voice communications with another person, including, without limitation, texting, electronic messaging and instant messaging.

(b) Use a cellular telephone or other handheld wireless communications device to engage in voice communications with another person, unless the device is used with an accessory which allows the person to communicate without using his or her hands, other than to activate, deactivate or initiate a feature or function on the device.
thomas benson was not using the phone or texting, thomas was stopped and filming with his telephone miguel Barraza in hand cuffs.

**Chapter 485 Motor Vehicles:**
 Insurance and Financial Responsibility
- NRS 485.187 Unlawful acts; fines and penalties; exceptions.

- NRS 485.187 Unlawful acts; fines and penalties; exceptions.

1. Except as otherwise provided in subsection 5, the owner of a motor vehicle shall not:

(a) Operate the motor vehicle, if it is registered or required to be registered in this State, without having insurance as required by NRS 485.185.

thomas benson is not an owner of a motor vehicle, thereby is not required to have insurance under this NRS.

AFFIANT IS NOT A U.S. FEDERAL CITIZEN, NOT A PERSON, AFFIANT IS NOT A 14 AMENDMENT CITIZEN, BORN OR NATURALIZED IN THE UNITED STATES, AND SUBJECT TO THE JURISDICTION THEREOF, NOT A FICTITIOUS ENTITY OR CORPORATION, AFFIANT IS A state "Citizen" OF ONE OF THE SEVERAL STATES. AFFIANTS DO NOT VOTE, AFFIANTS DO NOT RECEIVE MAIL FOR THE NAME PERSON 'THOMAS BENSON.'

 The Supreme Court ruled in Barron v. Mayor of Baltimore 2 US 243, the Bill of Rights was an aspect of state citizenship. (see attached Affidavit of Nationality). A person who is a citizen of the United States is necessarily a citizen of the particular state in which he resides. But a person may be a citizen of a particular state and not a citizen of the United States. To hold otherwise would be to deny to the state the highest exercise of its sovereignty, the right to declare who are its citizens. State v. Fowler, 41 La. Ann 380.

It is quite clear, then, that there is a citizenship of the United States, and a citizenship of a state, which are distinct from each other and which depend upon different characteristics or circumstances in the individual. Slaughter House Cases, 83 U.S. 361

There is a distinction between citizenship of the United States and citizenship of a particular state, and a person may be the former without being the latter. Alla v. Kornfeld, 84 F. Supp. 823

Affiant is a national and per 8 U.S.C. §1101: (a) (21) a man who is born on the "state" of the Union, i.e., 3rd Hooven on occasion, (see Supreme Court Case Law) and not subject to the exclusive Legislative jurisdiction of Congress as defined in Article 1, Section 8 (17) of the United States Constitutions (2nd Hooven). A man who is a (National) is subject to the "Political jurisdiction", but not the "legislative jurisdiction" of their country of origin because they are outside of the territorial reach of its general laws.

This affidavit is dated _June 6_ , 2016

Allright Reserve w/o Prejudice Non- Assumpsit.

*thomas benson* " *state* " *Citizen*

I certify under penalty and perjury that the information provided in the Affidavit of Statements and Facts is true and correct and complete to best of my knowledge and ability. Remedy for perjury may only be pursued in the court under common law.

Dated: _6_ day of _June_ 2016

Autograph _thomas benson_ "*state*" *Citizen*

JURAT

nevada state        )
                    )ss.
 clark county       )

Signed or attested before me, this _6_ day of _June_ , 2016 by thomas benson.

_Kinga gorna_
PRINT NAME- NOTARY PUBLIC- State of Nevada

Signature- NOTARY PUBLIC

My Commission Expires: _Sept. 19, 2019_

KINGA GORNA
Notary Public - State of Nevada
County of Clark
APPT. NO. 15-3217-1
My App. Expires Sept. 19, 2019

Page 5 of 5

[Indonesia]

# International Driving Permit

### International Motor Traffic

Geneva Convention on International Road Traffic 19 September 1949

### UNITED NATIONS



IMPORTANT: This Permit is not valid
for Travelling in Indonesia

Issued at:



American National Travell Alliance®

Date Issued: 06/22/2015

---

PERMIT #IND-260261   EXP. JUN 29, 2020
1-2  Benson, Thomas
3    California state of the union
4    05 Feb 1961
5    No.9 Nanjing E. Rd., Sec. 1
     Tiripel, Taiwan
     VEHICLE TYPES AUTH: B. C. D






Thumbprints

Autograph of Bearer All Rights Reserved

EXCLUSIONS

| | (Countries) |
|---|---|
| I | V |
| II | VI |
| III | VII |
| IV | VIII |

Page 191

# Exhibit "A"

UNITED STATES OF AMERICA SIGNS GENEVA CONVENTION
DOCUMENT ACCEPTING INTERNATIONAL DRIVING PERMIT see line 94

TRANSPORT AND COMMUNICATIONS

B . Road Traffic

1 . Convention on Road Traffic

Geneva, 19 September 1949

Entry into force

26 March 1952, in accordance with article 29.

Registration :

26 March 1952, No. 1671

Status        :

Signatories : 19. Parties : 96

Text   :

United Nations,  Treaty Series , vol. 125, p. 3.1 C.N.549.2015.TREATIES-XI.B.1
of 3 November 2015 (Proposal of amendments to articles 8 and 22) and
C.N.91.2016.TREATIES-XI.B.1 of 22 March 2016 (Proposal of amendments to
articles 8 and 22); C.N.550.2015.TREATIES-XI.B.1 of 3 November 2015
(Proposal of amendments to paragraph 1 of annex 3) and
C.N.95.2016.TREATIES-XI.B.1 of 22 March 2016 (Proposal of amendments to
paragraph 1 of annex 3);

Note   :

The Convention was prepared and opened for signature by the United Nations
Conference on Road and Motor Transport held at Geneva from 23 August to 19
September 1949.  It was convened by the Secretary-General of the United Nations
pursuant to resolution 147 B (VII)2 of the Economic and Social Council of the
United Nations, adopted on 28 August 1948.  The Conference also prepared and

opened for signature the Protocol concerning countries or territories at present occupied and the Protocol on Road Signs and Signals and reached certain other decisions which are recorded in the Final Act of the Conference. For the text of the said Final Act, see United Nations, *Treaty Series* , vol. 125, p. 3.

Participant 3, 4, 5, 6

    Signature

    Accession(a), Succession(d), Ratification

1. Albania 1 Oct 1969 a

2. Algeria 16 May 1963 a

3. Argentina 25 Nov 1960 a

4. Australia 7 Dec 1954 a

5. Austria 19 Sep 1949, 2 Nov 1955

6. Bangladesh 6 Dec 1978

7. Barbados 5 Mar 1971

8. Belgium 19 Sep 1949, 23 Apr 1954

9. Benin 5 Dec 1961

10. Botswana 3 Jan 1967

11. Bulgaria 13 Feb 1963

12. Burkina Faso 31 Aug 2009

13. Cambodia 14 Mar 1956

14. Canada 23 Dec 1965

15. Central African Republic 4 Sep 1962

16. Chile 10 Aug 1960

17. Congo 15 May 1962

18. Côte d'Ivoire 8 Dec 1961

19. Cuba 1 Oct 1952

20. Cyprus 6 Jul 1962

21. Czech Republic 7, 2 Jun 1993

22. Democratic Republic of the Congo 6 Mar 1961

23. Denmark 19 Sep 1949, 3 Feb 1956

24. Dominican Republic 19 Sep 1949, 15 Aug 1957

25. Ecuador 26 Sep 1962

26. Egypt 19 Sep 1949, 28 May 1957

27. Fiji 31 Oct 1972

28. Finland 24 Sep 1958

29. France 19 Sep 1949, 15 Sep 1950

30. Georgia 23 Jul 1993

31. Ghana 6 Jan 1959

32. Greece 1 Jul 1952

33. Guatemala 10 Jan 1962

34. Haiti 12 Feb 1958

35. Holy See 5 Oct 1953

36. Hungary 30 Jul 1962

37. Iceland 22 Jul 1983

38. India 19 Sep 1949, 9 Mar 1962

39. Ireland 31 May 1962

40. Israel 19 Sep 1949, 6 Jan 1955

41. Italy 19 Sep 1949, 15 Dec 1952

42. Jamaica 9 Aug 1963

43. Japan 7 Aug 1964

44. Jordan 14 Jan 1960

45. Kyrgyzstan 22 Mar 1994

46. Lao People's Democratic Republic 6 Mar 1959

47. Lebanon 19 Sep 1949, 2 Aug 1963

48. Lesotho 27 Sep 1973

49. Luxembourg 19 Sep 1949, 17 Oct 1952

50. Madagascar 27 Jun 1962

51. Malawi 17 Feb 1965

52. Malaysia 10 Sep 1958

53. Mali 19 Nov 1962

54. Malta 3 Jan 1966

55. Monaco 3 Aug 1951

56. Montenegro 23 Oct 2006

57. Morocco 7 Nov 1956

58. Namibia 13 Oct 1993

59. Netherlands 19 Sep 1949, 19 Sep 1952

60. New Zealand 12 Feb 1958

61. Niger 25 Aug 1961

62. Nigeria 3 Feb 2011

63. Norway 19 Sep 1949, 11 Apr 1957

64. Papua New Guinea 12 Feb 1981

65. Paraguay18 Oct 1965

66. Peru 9 Jul 1957

67. Philippines19 Sep 1949, 15 Sep 1952

68. Poland 29 Oct 1958

69. Portugal 28 Dec 1955

70. Republic of Korea 14 Jun 1971

71. Romania 26 Jan 1961

72. Russian Federation 17 Aug 1959

73. Rwanda 5 Aug 1964

74. San Marino 19 Mar 1962

75. Senegal 13 Jul 1962

76. Serbia 12 Mar 2001

77. Sierra Leone 13 Mar 1962

78. Singapore 29 Nov 1972

79. Slovakia  1 Feb 1993

80. South Africa 19 Sep 1949, 9 Jul 1952

81. Spain 13 Feb 1958

82. Sri Lanka 26 Jul 1957

83. Sweden 19 Sep 1949, 25 Feb 1952

84. Switzerland 19 Sep 1949

85. Syrian Arab Republic 11 Dec 1953

86. Thailand 15 Aug 1962

87. Togo 27 Feb 1962

88. Trinidad and Tobago 8 Jul 1964

89. Tunisia 8 Nov 1957

90. Turkey 17 Jan 1956

91. Uganda 15 Apr 1965

92. United Arab Emirates 10 Jan 2007

93. United Kingdom of Great Britain and Northern Ireland 19 Sep 1949, 8 Jul 1957

**94. United States of America19 Sep 1949,30 Aug 1950**

95. Venezuela (Bolivarian Republic of) 11 May 1962

96. Viet Nam 2 Nov 1953

97. Zimbabwe 1 Dec 1998

Declarations and Reservations

(Unless otherwise indicated, the declarations and reservations were made upon ratification, accession or succession.)

Albania

# EXHIBIT "B"

## Foreign Sovereign  Immunity Act (FSIAJ of 1976)

# EXHIBIT "B"

benson is foreign to the UNITED STATES

Foreign Sovereign Immunities Act      (FSIAJ of 1976

USC TITLE 28 > PART IV > CHAPTER 97

§1603. Definitions

For purposes of this chapter—

(a) A "foreign state", except as used in section 1608 of this title, includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection (b).

(b) An "agency or instrumentality of a foreign state" means any entity—

(1) which is a separate legal person, corporate or otherwise, and

(2) which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and

(3) which is neither a citizen of a State of the United States as defined in section 1332 (c) and (e) of this title, nor created under the laws of any third country.

(c) The "United States" includes all territory and waters, continental or insular, subject to the jurisdiction of the United States.

(d) A "commercial activity" means either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, rather than by reference to its purpose.

(e) A "commercial activity carried on in the United States by a foreign state" means commercial activity carried on by such state and having substantial contact with the United States.

CHAPTER 97-JURISDICTIONAL IMMUNITIES OF FOREIGN STATES

§ 1604. Immunity of a foreign state from jurisdiction Subject to existing international agreements to which the United States is a party at the time of

1

enactment of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter. Plaintiff is a citizen of one of the several states in the union, not a resident of UNITED STATES, or STATE OF NEVADA.

# EXHIBIT "C"

Affidavit of Nationality   of   thomas arvel benson

Declaration of Verified Standing benson is a foreign to the

UNITED STATES.

## Affidavit of Nationality

KNOW ALL MEN BY THESE PRESENTS: I, **Thomas Arvel Benson**, hereinafter "affiant", having first hand knowledge of the facts and aver herein, do hereby declare my proper and lawful status of dual citizenship with respect to "national" and "state" Citizenship.  From this point forward, Potentate **Thomas Arvel Benson**, "state" Citizen, a man, alive, born on land, on the "state" of the Union, being a Constitutionally protected man, owing permanent allegiance to the "state" of the Union and "United States of America".

> Affiant invokes all the rights pursuant to the Declaration of Independence, which says: "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness-"

Affiant has unalienable rights from birth, derived from the Creator as a gift, that are not to be violated.

Affiant is a "state" Citizen who possesses full Bill of Rights. The Supreme Court ruled in *Barron v. Mayor of Baltimore 2 US 243*, the Bill of Rights (the peoples' protection) was an aspect of "state" Citizenship, so it was removed from the Federal Constitution at that time.  The Bill of Rights was drafted into every "state" Constitution as it was to be under state protection to protect the people; therefore, "state" citizenship (*Cruikshank v. United States 92 US 542*, *Twin v. State of New Jersey 211 US 78* et al) allows the people access to the original Bill of Rights.

"The term 'United States' may be used in any one of the following senses: (1) it may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations, (2) It may designate the territory over which the sovereignty of the United States (G) extends, (3) it may be the collective names of the states which are united by and under the Constitution."  [*Hooven & Allison Co. v. Evatt, 324 US 652* (1945)]

(definition hereinafter referred to as (1) or "1st Hooven, (2) or 2nd Hooven, and (3) or 3rd Hooven)

From the above Supreme Court ruling, one can see the term "United States" has several meanings, which have been designated (1), (2), (3), and (G).  The term "United States" can mean (1) the Nation, (2) the Federal territories over which the Federal Government's sovereignty extends, and (3) the 50 Union states united by and under the Constitution.  The term "United States" can also mean (G), the Federal government itself.  These meanings are annotated as follows:

United States[1]-The United States of America—the Nation (political sense)

United States[2]-D.C., Federal Territory and possessions-(geographical sense)

United States[3]-The 50 "states" of the Union-(geographical sense)

United States[G]-The Federal Government – (corporate sense)

The Nation referred to as the **United States**[1] is a political entity comprised of the people (national body politic), their government, and territory.  The territory of the United States[1] is divided into two major subdivisions—The *United States*[2] and the *United States*[3]. The *United States*[2] comprises the District of Columbia, Federal Territory, and possessions. The *United States*[3] comprises the 50 sovereign Union states.  The Federal Government—*United States*[G] —exercises exclusive territorial jurisdiction over the *United States*[2] pursuant to art. IV, §3, cl. 2 of the Constitution, and specified and enumerated subject matter jurisdiction in the *United States*[3] pursuant to art. 1, §8, cl. 1-18.  This aspect of the Separation of Powers Doctrine was created by design in order to secure the freedoms of Americans ("national" or "state" Citizen).

The federal areas within these "states" are not included in 3rd Hooven definition because the Congress does not have exclusive legislative authority over any of the 50 sovereign States within the "state" of the Union.   All rights are retained by the "states" in the 9th and 10th Amendments, and affiant is a "state" Citizen of these United States (3rd Hooven)." This is the definition used in the Constitution for the United States of America.

Affiant is protected as 1st Hooven when traveling abroad and comes under the jurisdiction of the President through his agents in the U.S. State Department, where "U.S." refers to the sovereign society.

Affiant is a "national" and per 8 U.S.C. §1101: (a)(21), a man who is born on the "state" of the Union, i.e., 3rd Hooven and 1st Hooven on occasion, (see Supreme Court Case Law) and not subject to the exclusive Legislative jurisdiction of Congress as defined in Article 1, Section 8 (17) of the United States Constitutions (2nd Hooven).  A man who is a "national" is subject to the "political jurisdiction", but not the "legislative jurisdiction" of their country of origin because they are outside of the territorial reach of its general laws. The circumstances or qualifications for becoming an "American" ("national" or "state" Citizen) as such cannot be prescribed in any federal statute or law because the Congress cannot write any law that governs what happens within the "states" of the Union, as the above citations indicate (see, for instance, _Carter v. Carter Coal Co., 298 U.S. 238, 56 S. Ct. 855_ (1936)).  The "states" of the Union and the people in them are SOVEREIGN, and their creation, the Federal Government, cannot be greater than its Creator, which is the "states" of the Union and the people in them.  The Federal Government is a SERVANT to the states of the Union, not their master; the equivalent of an independent contractor that handles EXTERNAL affairs only.  This was confirmed by the Federalist Papers, which were written prior to the ratification of the Constitution by the states of the Union in 1789:

> "_No legislative act [of Congress] contrary to the Constitution can be valid._ _To deny this would be to affirm that the deputy (agent) [which is the federal government] is greater than his principal [the State and the people in them]; that the servant is above the master; that the representatives of the people are superior to the people; that men, acing by virtue of powers may do not only what their powers do not authorize, but what they forbid...[text omitted it is not otherwise to be supposed that the Constitution could intend to enable the representative of the people to substitute their will to that of their constituents.  It is far more rational to_ suppose, that the courts were designed to be an intermediate body between the people and the legislature, in order, among other things, to

*keep the latter within the limits assigned to their authority.   The interpretation of the laws is the proper and peculiar province of the courts.* **<u>A Constitution is, in fact, and must be regarded by judges, as fundamental law.</u>** *If there should happen to be an irreconcilable variance between the two, the Constitution is to be preferred to the statute." [Alexander Hamilton, Federalist Paper #78].*

The Supreme Court clarified that the constitution implies the third definition above, which is the United States[3] when they heard the following.  Notice that they say "not part of the United States within the meaning of the Constitution" and that the word "the" implies only ONE rather than multiple GEOGRAPHIC meanings:

<u>[O'Donohue v. United States, 289 U.S. 516, 53 S. Ct. 740 (1933)]</u>

Fourteenth Amendment "Section 1.  <u>All persons born or naturalized in the United States[***] and subject of the jurisdiction thereof, are citizens of the United States[***] and of the State wherein they reside.</u>  No <u>State</u> shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United states; nor shall any <u>State</u> deprive any <u>person</u> of life, liberty or property, without due process of law; nor deny to any <u>person within ITS [the STATES'S] jurisdiction</u> the <u>equal protection of the laws</u>."

The Supreme Court clarifies exactly what the phrase "subject to the jurisdiction" above means.  It means the "political jurisdiction: of the United States** and NOT the "legislative jurisdiction" (1):

"This section contemplates two sources of citizenship, and two sources only, birth and naturalization.  The person declared to be citizens are 'all persons born or naturalized in the United States[***], and subject to the jurisdiction thereof.'  The evident meaning of these last two words is, not merely subject in some respect or degree to the jurisdiction of the United States[**], but completely subject to their political jurisdiction, and owing them direct and immediate allegiance.  And the words relate to the time of birth in the one case, as they do [169 U.S. 649, 725] to the time of naturalization in the other.  Persons not thus subject to the jurisdiction of the United states[***] at the time of birth cannot become so afterwards, except by being naturalized, either individually, as by proceedings under the naturalization acts, or collectively, as by the force of a treaty by which foreign territory is acquired."

[_U.S. v. Wong Kim ark, 169 U.S. 649_, _18 S. Ct. 456_; _42 L.Ed. 890_ (1898)]

"Political jurisdiction" is NOT the same as "legislative jurisdiction": "Political jurisdiction" was defined by the Supreme Court in _Minor v. Happersett_:

> "There cannot be a nation without a people.  The very idea of a political community, such as a nation is, implies an [_88 U.S. 162, 166_] association of person for the promotion of their general welfare.  Each one of the persons associated becomes a member of the nation formed by the association.
>
> _He owes it allegiance and is entitled to its protection.  Allegiance and protection are, in this connection, reciprocal obligations.  The one is a compensation for the other; allegiance for protection and protection for allegiance._
>
> "For convenience it has been found necessary to give a name to this membership.  The object is to designate by a title the person and the relations he bears to the nation.  For this purpose the words 'subject', 'inhabitant', and 'citizen' have been used, and the choice between them is sometimes made to depend upon the form of the government.  Citizen is not more commonly employed, however, and as it has been considered better suited to the description of one living under a republican government, it was adopted by nearly all of the States upon their separation from Great Britain, and was afterwards adopted in the Articles of Confederation and in the Constitution of the United States[***].  When used in this sense, it [the word "citizen"] is understood as conveying the idea of membership of a nation, and nothing more."
>
> "To determine, then, who were citizens of the United States [***] before the adoption of the amendment it is necessary to ascertain what persons originally associated themselves together to form the nation, and what were afterwards admitted to membership."

The 1st section of the 14th article [Fourteenth Amendment], to which our attention is more specifically invited, opens with a definition of citizenship—not only citizenship of the United States[***}, but citizenship of the states.  No such definition was previously

found in the Constitution, nor had any attempt been made to define it by act of Congress. It had been the occasion of much discussion in the courts, by the executive departments and in the public journals. It had been said by eminent judges that no man was a citizen of the United states[***] except as he was a citizen of one of the states composing the Union. **Those therefore, who had been born and resided always in the District of Columbia or in the territories, though within the United States[*}, were not citizens [within the Constitution]."**

   "Citizens of the United States within the meaning of the Fourteenth Amendment must be natural and not artificial person; a corporate body is not a citizen of the United States, _14 Insurance Co. v. New Orleans, 13 Fed. Cas. 67_ (C.C.D. La 1870). Not being citizens of the United States, corporations accordingly have been declared unable "to claim the protection of that clause of the Fourteenth amendment which secures the privileges and immunities of citizens of the United States against abridgment or impairment by the law of a State." _Orient Ins. Co. v. Daggs, 172 U.S. 557,_ (1869). This conclusion was in harmony with the earlier holding in _Paul v. Virginia, 75 U.S. (8Wall.) 168_ (1869), to the effect that corporations were not within the scope of the privileges and immunities clause of state Citizenship set out in Article IV, Sec. 2. See also _Selover, Bates & Co. v. Walsh, 226 U.S. 112, 126_ (1912); _Bera College v. Kentucky, 211 U.S. 45_ (1908); _Libery Warehouse Co. v. Tobacco Growers, 276 U.S. 71, 89_ (1928); _Grosjean v. American Press Co., 297 U.S. 233, 244_ (1936).

**NOTICE: A Fourteenth Amendment person can never be a corporation or artificial person.**

   In the Fourteenth Amendment, **Subject to THE jurisdiction of the "United States"** means POLITICAL jurisdiction. Note the use of the word "THEM" means the STATES and NOT the national government: "This section [the Fourteenth Amendment] contemplates two sources of citizenship. And two sources only, -birth and naturalization. The persons declared to be citizens are 'all persons born or naturalized in the United States, and subject to the jurisdiction thereof.' The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, **but completely subject to their [plural, not singular, meaning states of the Union]**

*political jurisdiction, and owing THEM [the "state" of the Union] direct and immediate allegiance*."

   [*U.S. v. Wong Kim ark, 169 U.S. 649, 18 S. Ct. 456; 42 L. Ed. 890* (1898)]. It EXCLUDES the legislative jurisdiction of the NATIONAL government. CONSTITUTIONAL states are legislatively "foreign" and "alien" in relation to the NATIONAL government: "The <u>United States Government</u> is a <u>foreign corporation</u> with respect to a <u>state</u>."

   [*N.Y. v. re Merriam 36 N.E. 505; 141 N.Y. 479*; affirmed *16 S. Ct. 1073; 41 L. Ed. 287*] [underlines added]

   [19 Corpus, Juris, Secundum (D.J.S.), Corporations, §884]

   People in the "states" of the Union are NOT those on federal territory:

"It is impossible to construe the words 'subject to the jurisdiction thereof,' in the concluding sentence of the same section; <u>or to hold that person 'within the jurisdiction' of one of the states of the Union are not 'subject to the jurisdiction of the United states[***].'</u>"

   [*U.S. v. Wong Kim ark, 169 U.S. 649, 18 S.Ct. 456; 42 L.Ed. 890*(1898)], emphasis added

   Affiant declares that any and all contracts or agreements which indicate affiant is a 14th Amendment STATUTORY "U.S. citizen"; a 2nd Hooven citizen; a citizen of the federal government and subject to its jurisdiction; are hereby declared to be null and void. Affiant hereby declares that any such contract/agreement was not entered into knowingly, voluntarily, or intentionally; therefore, was the result of Constructive Fraud. Affiant has also claimed, "state" Citizenship and associated unalienable rights with complete immunity to STATUTORY "U.S. citizen jurisdiction".

   Affiant is aware that bills of attainder are expressly banned by the United States Constitution as well as the constitutions of the "states" of the union.

   If recipient of this affidavit disagrees with any of the facts stated herein, then provide written Verification in specificity (not opinion, but enacted positive law, regulations and Supreme Court rulings) within 30 calendar days or forever be e-stopped from challenging these statements of fact. These facts shall stand in any court.

## DEFINITIONS

nationality—The relationship between a citizen of a nation and the nation itself, customarily involving allegiance by the citizen and protection by the state; membership in a nation.  This term is often used synonymously with citizenship.

Black's Law Dictionary (8th ed. 2004)

nationality—That quality or character which arises from the fact of a person's belonging to a nation or state.  Nationality determines the political status of the individual, especially with reference to allegiance: while domicile determines his civil [legal/statutory] status.  Nationality arises either by birth or by naturalization."

Black's Law Dictionary (6th ed. 1990), p 1025

citizenship—The status of being a citizen.  There are four ways to acquire citizenship: by birth in the United States, by Birth in U.S. territories, by birth outside the U.S. to U.S. parents, and by naturalization.

Black's Law Dictionary, 6th ed 1990)

Dual Citizenship—Citizenship in two different countries.  Status of citizens of United States who reside within a state; i.e., persons who are born or naturalized in the U.S. are citizens of the U.S. and the state wherein they reside.

Black's Law Dictionary (6th ed. 1990)

Affidavit of Nationality

**"national"**—A person owing permanent allegiance to a "state".  U.S.C.A. § 1101.  The term "national" as used in the phrase "national of the United States" is broader than the term "citizen".

*Brassert v. Biddle, D.C. Conn., 59 F. Supp. 457, 462.*

Black's Law Dictionary, (6th ed.1990).


**"state"**—The political system of a body of people who are politically organized; the system of rules by which jurisdiction and authority are exercised over such a body of people.  The organ of the state by which its relations with other states are managed is the government.

Black's Law Dictionary (8th ed. 2004), p. 1407


**Foreign state**— A foreign country or nation.  The several United States are considered "foreign" to each other except as regards their relations as common members of the Union.

Black's Law Dictionary (8th ed. 2004),p.1407


**Foreign States**—Nations which are outside of the United States.  Term may also refer to another state, i.e., a sister state.

Black's Law Dictionary, (6th ed. 1990), p. 648


Further affiant sayeth naught.


Affidavit of Nationality

9 of 10

I certify under penalty of perjury that the information provided in this Affidavit of Nationality is true, correct, and complete to the best of my knowledge and ability.  Remedy for perjury may only be pursued in a state court under common law.

Dated this ___13___ day of ___May___ 2014.

Autograph: _Thomas Arvel Benson_
Thomas Arvel Benson "state" Citizen

State of _Nevada_, County of _CLARK_, signed or attested before me, this __13__ day of __May__, 20_14_ by Thomas Arvel Benson.

_Carmen Diaz_
PRINT NAME—NOTARY PUBLIC—State of Nevada

_____
SIGNATURE—NOTARY PUBLIC

_Personal Banker_
Title and (Rank)

My Commission Expires: _Sep 21, 2015_

CARMEN DIAZ
Notary Public, State of Nevada
Appointment No. 11-5894-1
My Appt. Expires Sep 21, 2015

## VERIFIED DECLARATION OF STANDING

A Title 8 USC Subsection 1101a 21 Non-resident alien Name copyright# RB603731460US

I, thomas arvel benson, being of sound mind and lawful age, do solemnly declare:

1.) I am a freewman, born on the land of California state of the union, of parents who were white, who were citizen-principals and whose parents time out of mind were and always had been white. As a hereditament I acquired directly the status of citizen-principal of said state of the union, sharing equally in its sovereignty. *Slaughterhouse Cases, 83 U.S. 36, 1873.*

2.) As a white man, born on the land of California state of the union, I am not restricted by the 14th Amendment, because I receive no protection from it. I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. *United States v. Wong Kim Ark, 169 U.S. 649, (1898).*

3.) I am a freeborn citizen-principal of California state of the union and derivative and mediate thereof I am also a freeborn citizen-principal of the united states of america as contemplated in the Constitutional Contract of 1787.

4.) I am not a citizen of the UNITED STATES as contemplated by the 14th Amendment, and I do not reside in any State with the intention of receiving from the Federal government or any other party a protection against the legislative power of that State pursuant to the authority of the 14th Amendment.

5.) I am therefore, "nonresident" to the residency and "alien" to the citizenship of the 14th Amendment also known as A Title 8 USC Subsection 1101a 21 Non-resident alien. I AM STANDING on the state of the union known as the Benson family Crest

6.) As the tax imposed in 25 U.S.C. 1, pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment, it is not an applicable Internal Revenue Law to me, as I am neither such a US citizen nor resident. Not withstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done under mistake by me not knowing that such filings were and are mandated only on citizens and residents of the United States as contemplated by the 14th Amendment. Further, I hereby decline to voluntarily gift any future earnings to The United States as described in IRS Code, document 6209.

7.) Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence that would grant me any privileges and thereby ascribe to me rights and duties under a substantive system of law other than that of the Constitution Contract of 1787 for the united states of America and of the constitutions for the several states of the Union, exclusive of the 14th Amendment.

8.) I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservations and no intent to evade any legal duty under the laws of the United States or any of several states.

9.) Therefore I, a living man, Abiding always by the four moral absolutes of the Golden Rule of honesty, purity, selflessness and love hereby renounce all allegiance and fidelity to any and all corporate entities globally on all soils. I declare that according to the above declarations, I am a freeborn non-resident alien, also known as an American National, and I am free from being a corporate person, Ens Legis, and/or constructive trust. I will abide in Honor under the Universal Laws of Nature. This covers the entire scope of our planet from where the sun rises to where the sun sets and any place it shines it rays to the north and to the South, from the highest heavens to the deepest waters. I take this obligation freely without any mental reservations.

I solemnly affirm I will bear true faith and allegiance to all the living men and women in the Family of Nations under the Law of Nations on the soil of Gaia mother earth and affirm that I am a living man of the same who live and breathe upon this land retain and retain all of my Creator endowed rights according to the Universal Laws of my Creator and therefore I stand free on the land before my fellow beings and my Creator, so help me God.

10.) I hereby sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above, to so inform me and to state the reason(s) they believe I am in error in writing, under Notary Seal, at the location of my abode shown below.

c/o thomas arvel benson – sui juris, with express reservation of all my rights in law, equity and all other natures of law. *[Rights Reserved: UCC 1-308]* Name copyright# RB603731460US. Rural Free Delivery: 9030 West Sahara Avenue 617, Las Vegas, Nevada state of the union [zip exempt], County of Clark

NOTICE TO Principal is NOTICE to Agent, NOTICE to Agent is NOTICE to Principal, Assignors and Assignees. Thomas Arvel – Benson Beneficiary/Registered Owner, and Creditor.

_____
Autograph of Declarant

## JURAT

Nevada state of the union )
Clark County                ) ss.

On this **22** day of **February** ,2016 Duly sworn and subscribed before me, a Notary Public, appeared thomas arvel benson, known to me to be the ~~woman~~ described in and who executed the foregoing instrument in writing and acknowledged the same, as his free will act and deed.

In Testimony whereof, I have hereunto set my hand and affixed my seal the day and year first written above.

Notary Public: _____ (seal)

KINGA GORNA
Notary Public - State of Nevada
County of Clark
APPT. NO. 15-3217-1
My App. Expires Sept. 19, 2019

# EXHIBIT "D"

Copy of Registration  of Fictitious Name THOMAS ARVEL BENSON

Copy of Certification of Facts Fictitious Name THOMAS ARVEL BENSON is owned by thomas arvel benson

Copy of Affidavit of Publication- Notice of Interest for THOMAS ARVEL BENSON

Copy of Commercial Possessory Lien  (THOMAS ARVEL BENSON)

Copy of 2 Citiations iisued by Defendant MEAD.



## State of Missouri
Jason Kander, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001240442
Date Filed: 2/1/2016
Expiration Date: 2/1/2021
Jason Kander
Missouri Secretary of State

### Registration of Fictitious Name
*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

Please check one box:

[X] New Registration    [ ] Renewal   X_____    [ ] Amendment   X_____    [ ] Correction   X_____
                                                Charter number                     Charter number              Charter number

The undersigned is doing business under the following name and at the following address:

Business name to be registered: THOMAS ARVEL BENSON

Business Address: 9030 WEST SAHARA AVENUE # 617

*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: LAS VEGAS, NEVADA 89117

### Owner Information:

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| thomas arvel benson | | c/o West Sahara Avenue # 617 | Las Vegas, Nevada | [89117-7512] | 100% |

All owners must affirm by signing below

In Affirmation thereof, the facts stated above are true and correct:

*(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)*

| | | |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | thomas arvel benson<br>*Printed Name* | 01/27/2016<br>*Date* |
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Name and address to return filed document:

Name: BENSON INTERVIVOS TR / thomas arvel benson

Address: c/o 9030 West Sahara Avenue # 617

City, State, and Zip Code: Las Vegas, Nevada [89117-7512]

ORI-02022016-2009 State of Missouri
No of Pages 1 Page



Fictitious Name Registration

Page 1 of 1

# STATE OF MISSOURI



**Jason Kander**
**Secretary of State**

CORPORATION DIVISION
CERTIFICATE OF FACT

I, JASON KANDER, Secretary of State of the State of Missouri, do hereby certify that the records in my office and in my care and custody as Secretary of State show that

***THOMAS ARVEL BENSON***
***9030 WEST SAHARA AVENUE # 617, LAS VEGAS, NV 89117***
***X001240442***

filed Registration of Fictitious Name with this office on the 1st day of February, 2016.

I further certify that THOMAS ARVEL BENSON is owned by Thomas Arvel Benson, West Sahara Avenue # 617, Las Vegas, NV 89117-7512 with 100% ownership.

I further certify that Thomas Arvel Benson has the status of Fictitious Active with this office as of the date of this certificate.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 16th day of March, 2016.

Secretary of State

Certification Number: CERT-03162016-0154

~~AFFP~~
6:16-MC-00102-EFM

# Affidavit of Publication

STATE OF NEVADA }
COUNTY OF CLARK }   SS

Notice of Interest for THOMAS ARVEL BENSON: files at United States District Court
District of Kansas, under MISC. FILE ; case number: 6:16-mc-00102-EFM
Published in Nevada Legal News
March 4, 11, 18, 2016

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada
Legal News, a daily newspaper of general circulation,
printed and published in Las Vegas, Clark County,
Nevada; that the publication, a copy of which is attached
hereto, was published in the said newspaper on the
following dates:
Mar 04, 2016
Mar 11, 2016
Mar 18, 2016

That said newspaper was regularly issued and circulated
on those dates. I declare under penalty of perjury that the
foregoing is true and correct.

DATED: Mar 18, 2016

Rosalie Qualls

04110409  00409806

THOMAS BENSON
9030 W SAHARA AVE #617
LAS VEGAS, NV 89117

Page 1 of 1

**********************************************************************************************

# COMMERCIAL POSSESSORY LIEN
# 6:16-mc-00102-EFM

**********************************************************************************************

## (Claim of Lien – Grantor to Grantee)

**This claim is filed pursuant to:** CHAPTER 22 OF TITLE 9, Perfection, Priority, and Enforcement of Public Pledges and Liens 9-22-104; 9-22-105; 9-22-106(TC) KANSAS COMMERICAL CODE. 4-3-730

THIS IS NOT A LIEN LIS PENDENS as was intended by The Constitution of the United States.

The undersigned, thomas arvel benson referred to in this Claim of Lien as the **Beneficiary/Creditor/Claimant**, claims a **Possessory Lien** for sweat Equity and Hypothecations upon the property registered with and residing in the STATE OF NEVADA as follows:

DEBTOR:  THOMAS ARVEL BENSON et al
CERTIFICATE OF LIVE BIRTH NUMBER: 0700-0843 and 1961-290
UNITED STATES DEPARTMENT OF STATE AUTHENTICATION #15044842-1
SOCIAL SECURITY NUMBER: XXX-XX-7017

## DAMAGES & CONTRACT VIOLATIONS

Beneficiary, thomas arvel benson liens all assets, salary, wages and all other interest of DEBTOR, THOMAS ARVEL BENSON, BENSON THOMAS ARVEL et al for the maximum amount allowed by Law, $499,999,999.99. Total value of interests of said DEBTOR exceeds $499,999,999.99 based on the following sweat equity from improvements and upkeep from: Labor, Services, Maintenance, Upkeep, Improvements and Hypothecations therefrom, furnished by Creditor plus 21 (twenty-one) years of Service, Maintenance, Upkeep, Improvements and unauthorized Hypothecations therefrom, to which DEBTOR claims an interest.

After deducting just credits and offsets, the sum of $499,999,999.99, together with interest thereon at the rate of seven percent (7%) per annum from February 05, 1979 is due Creditor Claimant for the following sweat equity and equity from unauthorized hypothecations: Labor, Services, Maintenance, Upkeep, Improvements and Hypothecations therefrom, furnished by Creditor, which includes 21 (twenty-one) years of Service, Maintenance, Upkeep, Improvements and unauthorized Hypothecations therefrom.

---

REGISTERED # RB 603 730 901 US

THIS Commercial Lien is intended to notify, through recording, that all assets and all real and movable property of the aforementioned can be seized from the cited Lien DEBTOR and those yet to be named as Lien DEBTORS.

## SIEZED PROPERTY

The aforementioned property is being seized as a pledge and to secure a portion of the foregoing obligations as declared, and to apply it as a bond, satisfaction, payment on the persons and activities of other Lien DEBTORS as may be added from time to time, for whatever relevant and just Commercial Agreements. Additionally, named and unnamed lien DEBTORS for whatever relevant and just Commercial Agreements, will be subject to this Agreement.

## FILING LOCATION

All persons connected now and in the future are severally and jointly liable. This Lien has been filed with the United District Court, Miscellaneous in Wichita, Kansas.

## VERIFICATION

I, thomas-arvel benson, being first duly sworn, depose and says:

I am the Claimant so named.   I have read the foregoing claim and know the contents thereof to be and correct to the best of my knowledge and ability.

Affirmed and respectfully submitted this ___11___ day of April 2016 for:

THOMAS ARVEL BENSON et al, DEBTOR

By: _Thomas Arvel benson_ (signature)

thomas -arvel benson, Beneficiary
Authorized Representative, Sui juris

The use of a notary on this document does not constitute any adhesion, nor does it alter Affiant's standing or situs in any manner. The purpose for using a notary is for verification and identification only and not for entrance into any foreign jurisdiction.

(FOR NOTARY PUBLIC)

[LEGAL NOTICE: I, _Kinga gorna_ am not an attorney licensed to practice law in the State of Nevada, and I may not give legal advice or accept fees for legal advice. I have provided no assistance in the preparation of the above referenced documents, without recourse and I have no interest in any issue referenced therein.   I am not a party to this action and I am ONLY acting in an authorized capacity, without recourse.

REGISTERED # RB 603 730 901 US

**JURAT**

Nevada State

Clark County

On this day, 11 of April, 2016, before me, a Notary Public in and for the above state and county, appeared thomas-arvel benson known to me or proved to be the one who is named in and who executed the foregoing instrument, and being first duly affirmed, and acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

NOTARY SIGNATURE          (seal)

KINGA GORNA
Notary Public - State of Nevada
County of Clark
APPT. NO. 15-3217-1
My App. Expires Sept. 19, 2019

REGISTERED # RB 603 730 901 US

**************************************************************************************

# COMMERCIAL AFFIDAVIT

#### AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND
#### FAIR NOTICE AND WARNING OF COMMERCIAL GRACE
#### NOTICE OF NON-JUDICIAL PROCEEDING
#### THIS IS A U.S. S.E.C. TRACER FLAG, NOT A POINT OF LAW

### A SECURITY (15 USC)

### REGISTERED MAIL No. RB 603 730 901 US

| | |
|---|---|
| **STATE OF NEVADA** | ) |
| | ) ss / sa |
| **COUNTY OF CLARK** | ) |

TO: THOMAS ARVEL BENSON a.k.a. THOMAS ARVEL SKAGGS
    MARTINEZ COMMUNITY HOSPITAL, CALIFORNIA

CERTIFICATE OF LIVE BIRTH # 0700-0843 and 1961-290

This action taken in accordance with **Priority of certain Liens arising by operation of law which
states:**

**TC47-9-333**
"**(a) Possessory Lien**". In this section," possessory lien" means an interest, other than a security
interest or an agricultural lien:
   (1) Which secures payment or performance of obligation for services or materials furnished with
       respect to goods by person in the ordinary course of the person's business;
   (2) Which is created by statute or rule of law in favor of person; and
   (3) Whose effectiveness depends on the person's possession of the goods.

**(b) Priority of possessory lien.** A possessory lien on goods has priority over a security interest in the
goods unless the lien is created by a statue that expressly provides otherwise."

**************************************************************************************

I, thomas-arvel benson, the undersigned do solemnly affirm, declare, depose and says:
   1. THAT I am competent to state the matters set forth herein.
   2. THAT I have personal knowledge of the facts stated herein.
   3. THAT all facts stated herein are true, correct, and certain, admissible as evidence, and
      if called upon as witness, I will testify to their veracity.

REGISTERED # RB 603 730 901 US

4. THAT the eternal, unchanged principles of Commercial Law are:

   (a) A workman is worthy of his hire

   (b) A lien or claim can be satisfied only through an affidavit containing a point-for-point rebuttal, resolution by jury or payment.

   (c) He who leaves the battlefield first loses by default.

   (d) An unrebutted affidavit becomes the judgment in Commerce.

   (e) In commerce truth is sovereign.

   (f) Truth is expressed in the form of an affidavit.

5. THAT Commercial process (including this Affidavit and the required responses to it ARE NON-JUDICIAL and pre-judicial because:

   (a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

   (b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his own affidavit of truth, which no one else can do for him.

6. THAT the lawful seizure, collection, and transfer of ownership of money or property must be effected by a valid Commercial Lien which must contain certain elements in order to be Commercially valid, to wit:

   (a) The lien instrument must obviously, patently, and evidently be a LIEN by being clearly and explicitly titled "LIEN", "CLAIM OF LIEN", or "DECLARATION OF LIEN", and mandatorily, by its exhaustive Commercial content (full Disclosure) as follows in I and II, III etc, etc:

I

The Lien instrument MUST CONTAIN a notarized hand – signed affidavit, for which the issuer is commercially liable, containing a plain statement of the fact disclosing how the obligation of the lien was created, attesting that the commercial condition is true, correct, and certain;

II

The lien instrument MUST CONTAIN a ledger or bookkeeping statement connecting purchases, services rendered, and/or injuries sustained, with a claim of obligation such that each purchase, service, and/or injury is presented in a one-to one correspondence with its partial claim of obligation. The partial obligations are then totaled to obtain the total obligation. This is called a "True Bill in Commerce."

III

The lien instrument MUST CONTAIN a statement, either specific or general, of the property being seized from the lien debtor to satisfy, or to guarantee satisfaction of, the obligation of the lien.

IV

A NOTICE OF LIEN to be valid MUST CONTAIN a clear statement as to where the lien is filed, where it can be found and how a copy can be obtained.

7. BE IT KNOWN I am not the creation or chattel property of any person or any government agency whatsoever. I am not under any obligation whatsoever to any government agency, state or federal, or any of their self-passed laws, statues, regulations or polices. Any various papers, documents, adhesion contracts, or

REGISTERED # RB 603 730 901 US

"agreements" which I do not accept to be compelled to perform to any of such in which I had no knowledge created by a lack of full disclosure not explained, and furthermore I do not accept any liability associated with a performance contract I don't know about, have agreed to, knowingly and intentionally. All other actions created are fraud and do not have my consent. I have no desire to have a "privilege", "benefit", from any government agency, state or federal, or any of their principals, or the "United States of America" or to incur any debts or obligations to said entities: (a) For whatever "benefits" might be proposed to provide or seek to provide to this Affiant, or be directed by, subject to, or accountable to any parties other than my own conscience and best judgment; (b) For the purpose of serving in violation of my unalienable/inalienable reasonable expectation of rights to life, liberty, freedom and property while engaging in the honorable, productive, and non-harmful activities of my life. I am the holder in due course and absolute owner of my consciousness, my body and my estate, and possess unconditional, allodial, sovereign title thereto, and that I abjure, renounce, forsake, and disavow utterly and absolutely now and forever all presumptions of power, authority or property over this Affiant from whatever source presumed or derived.

8. **THAT NO COMMERCIAL PAPERWORK or COMMERCIAL AFFIDAVIT** has been furnished or supplied to THOMAS ARVEL BENSON by any others that created the so-called liability

9. The above Lien DEBTOR is liened upon for sweat equity and unauthorized hypothecations and liened against each DEBTOR (if others are listed above). Lien DEBTOR(S) voluntarily waives 30 days grace period and consents to this Commercial Lien.

I, thomas-arvel benson, Natural Born living man, citizen-principal, Free Inhabitant, Estate Tail of the Donor's Body, the Fee simple absolute that has endured the regular order and course of inheritance of my parents and their forefathers, as descendants of parents who were citizen-principals living on this land once known as the continental United States.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPAL. FURTHER DECLARANT SAITH NOT.

WITNESS my hand this ___11___ day of April, 2016 .

Witness/Juror _____
    Beneficiary/ Creditor/Holder in due course      *seal*

REGISTERED # RB 603 730 901 US

(FOR NOTARY PUBLIC)

[LEGAL NOTICE: I, _Kinga Gorna_ am not an attorney licensed to practice law in the State of Nevada, and I may not give legal advice or accept fees for legal advice. I have provided no assistance in the preparation of the above referenced documents, without recourse and I have no interest in any issue referenced therein. I am not a party to this action and I am ONLY acting in an authorized capacity, without recourse.

JURAT

Nevada state                )
                            )
Clark County                )

On this __11__ day of April 2016 , before me, the undersigned Notary Public in and for the State of Nevada, appeared thomas-arvel benson known to me and proved to be on the basis of satisfactory evidence, to be the one whose autograph appears in the within instrument and who acknowledged to me that he executed it.

Witness my hand and official seal:

NOTARY PUBLIC

KINGA GORNA
Notary Public - State of Nevada
County of Clark
APPT. NO. 15-3217-1
My App. Expires Sept. 19, 2019

REGISTERED # RB 603 730 901 US

## AFFIDAVIT OF ATTACHMENT TO COMMERCIAL CLAIM LIEN

The name of the entity THOMAS ARVEL BENSON et al to whom thomas-arvel benson is Beneficiary/Creditor.  THOMAS ARVEL BENSON is a bankrupt entity that thomas-arvel benson, Beneficiary/Creditor was fraudulently induced act as its surety, without understanding the terms of the alleged contract.  Therefore, he placed His sweat equity into a fictitious entity and Idem sonans to ensure THOMAS ARVEL BENSON's involuntary servitude and "Peonage" in violation of Title 42: Section 1994 and other Substantial Treaty Laws. thomas-arvel benson Beneficiary/Creditor has been denied disclosure of said contract, resulting in no Closure.

### VERIFICATION

I, thomas-arvel benson., Beneficiary/Creditor, Holder in Due Course, states on my own commercial liability by this Commercial Affidavit of Truth (C.A.T.), herein and throughout that the facts/evidence implied are expressed-in-fact by My first hand conscious knowledge, is/are true, correct, complete, certain and not misleading, the truth, the whole truth and nothing but the truth so help me/us Almighty God, Isaiah 9:6, Deut. 25: 13-16, Lev 25: 23, ...etc. Caveat Emptus.

WITNESS my hand this __11__ day of April, 2016 .

Witness/Juror _____ _____
                 Beneficiary/Creditor/Holder in due course    seal

**(FOR NOTARY PUBLIC)**

[LEGAL NOTICE: I, _____ am not an attorney licensed to practice law in the State of Nevada, and I may not give legal advice or accept fees for legal advice.  I have provided no assistance in the preparation of the above referenced documents, without recourse and I have no interest in any issue referenced therein.  I am not a party to this action and I am ONLY acting in an authorized capacity, without recourse.

### JURAT

Nevada state                          )
                                      )
Clark County                          )
On this __11__ day of __April_____, 2016, appeared thomas-arvel benson,  known to me or proven to me on the basis of satisfactory evidence to be the one whose name is subscribed herein and has further proven that he is the Beneficiary/Creditor, , Holder in Due Course, so subscribed to this instrument.

Witness my hand and official seal.

_____
        NOTARY PUBLIC

KINGA GORNIA
Notary Public - State of Nevada
County of Clark
APPT. NO. 15-3217-1
My App. Expires Sept. 19, 2019

REGISTERED # RB 6_____

**ECF DOCUMENT**

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.

Clerk, U.S. District Court
By: M. McCammon                    Deputy Clerk
Date filed: April 11, 2016

☐ In the Municipal Court of
☒ In the Justice Court of Clark County
Court Case #

# State of Nevada
## CLARK COUNTY
Las Vegas Metropolitan Police Department

TRAFFIC/MISDEMEANOR CITATION/COMPLAINT

**DEFENDANT**
Event #: 160511-3437
ID #:

☒ Adult   ☐ Juvenile

☒ Traffic   ☐ Accident
☐ Non-Traffic   Meter #
☐ Parking

☐ School Zone   ☐ Hazmat
☐ Construction Zone   ☐ S.T.E.P.
☒ Urban   ☐ Rural

☐ Injuries   ☐ Crime Report
☐ Officer's Report
☐ Evidence Logged   ☐ Arrest
☐ Aircraft Clock Number
☐ Radar   ☐ Other
Explain:

Travel Direction: ☐ N ☒ S ☐ E ☐ W   Beat/Area: X3   Mile Marker:

At Location: 5100 Sierra Brook

Violation Date: 5/11/16   Time: 1530   Issue Date: 5/11/16   Time: 1750

Day Code: ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 ☐ 6 ☐ 7

Had Been Drinking: ☐ Yes ☒ No ☐ Unknown
Test Type: ☐ PBT ☐ Blood ☐ Breath ☐ UA
☐ Drugs Suspected   Results:           %

Defendant Type: ☒ Driver ☐ Passenger ☐ Pedestrian
☐ Other Explain:

**THE UNDERSIGNED CERTIFIES AND SAYS THAT IN THE STATE OF NEVADA**

NAME (Last, First, Middle): Bolden Thomas   Social Security #: 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

Address: ☐ Physical ☐ Mailing: 1500 St Augusta   City:   State:   Zip:

DOB: 2/3/61   Race: W   Sex: M   Height: 5 08   Weight: 180   Hair: brn   Eyes: brn

OLN / ID: 2026207909   ☐ CDL   State: NV   Class:   Expiration:   Restrictions:   Endorsements:

Vehicle has current proof of insurance? ☐ Yes ☐ No   Expiration Date of Insurance Card:

**DID OPERATE THE FOLLOWING VEHICLE/MOTOR VEHICLE AT THE ABOVE LISTED LOCATION:**

☐ Commercial Vehicle   US DOT #:   VIN #:
☐ 16+ Pass Vehicle

Vehicle License:   Lic. State: NV   Expiration:   Year:   Make: Lexus   Model:   Type:   Color: blue

Reg. Owner: ☐ Same   Address: 4031 W. Charleston

**DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):**

1. Violation:   $589.20
   Posted Speed:   Actual Speed:   Cited Speed:   ☐ NRS ☐ CFR ☐ County Code ☐ Municipal Code
   To Wit:   NRS/County/City #: 484B.165.1

2. Violation: No Proof Insurance   ☒ NRS ☐ CFR ☐ County Code ☐ Municipal Code
   To Wit:   NRS/County/City #: 485.187

   No Proof in Vehicle

I certify (or declare) that I have probable cause to believe and do believe that above named person committed the above offense(s) contrary to law.

Officer/Complainant's PRINTED Name:   Officer/Complainant's Signature:   P#: 5831   Bureau:

| Las Vegas Municipal Court 200 Lewis Ave. Las Vegas, NV 89155 702-382-6573 1-800-634-6946 | Las Vegas Justice Court 200 Lewis Ave. Las Vegas, NV 89155 702-671-3444 1-877-971-3155 | Henderson Justice Court 601 N. Pecos Rd. Las Vegas, NV 89101 702-455-3200 | Goodsprings Justice Court Box 19155 Jean, NV 89019 702-874-1405 | North Las Vegas Municipal Court 2332 Las Vegas Blvd. N. Suite 100 N. Las Vegas, NV 89030 702-633-1130 | Henderson Municipal Court 243 Water St. Henderson, NV 89015 702-267-5300 | Boulder City Municipal Court 501 Avenue G Boulder City, NV 89005 702-293-9278 |

Township/Justice Court:

You are hereby ordered to appear on ____ day of SEPT year 16 at ___ a.m./p.m.   ☐ OR ☐ Register Business Hours
to answer the charges/counts.

WITHOUT ADMITTING HAVING COMMITTED THE ABOVE OFFENSE(S), I HEREBY PROMISE TO RESPOND AS DIRECTED ON THIS NOTICE AND WAIVE MY RIGHT TO BE TAKEN IMMEDIATELY BEFORE A MAGISTRATE (NRS 484.79 AND NRS 484.801).

Defendant's Signature X   Phone:   ☐ Interpreter Needed?   LANGUAGE

*Handwritten annotation in left margin:* FICTITIOUS NAME

*Handwritten at bottom:* Page 1 of 2

**State of Nevada**
**CLARK COUNTY**
Las Vegas Metropolitan Police Department

TRAFFIC MISDEMEANOR CITATION/COMPLAINT

☐ In the Municipal Court of
☑ In the Justice Court of Clark County

Court Case #

☑ Adult   ☐ Juvenile

☑ Traffic   ☐ Accident
☐ Non-Traffic   Meter #
☐ Parking

☐ School Zone   ☐ Hazmat
☐ Construction Zone   ☐ S.T.E.P.

☐ Urban   ☐ Rural

**DEFENDANT**
Event #:
ID #:

☐ Injuries   ☐ Crime Report
☐ Officer's Report

☐ Evidence Logged   ☐ Arrest

☐ Aircraft Clock Number
☐ Radar   ☐ Other
Explain:

Travel Direction: ☐ N ☐ S ☐ E ☐ W   Beat/Area:   Mile Marker:

At Location:

Violation Date:   Time:   Issue Date:   Time:

Day Code: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7

Had Been Drinking: ☐ Yes ☐ No ☐ Unknown
Test Type: ☐ PBT ☐ Blood ☐ Breath ☐ UA
☐ Drugs Suspected   Results:   %

Defendant Type: ☑ Driver ☐ Passenger ☐ Pedestrian
☐ Other Explain:

THE UNDERSIGNED CERTIFIES AND SAYS THAT IN THE STATE OF NEVADA

NAME (Last, First, Middle):   Social Security #

Address: ☐ Physical ☐ Mailing   City:   State:   Zip:   City:

DOB:   Race:   Sex:   Height:   Weight:   Hair:   Eyes:

OLN / ID:   ☐ CDL   State:   Class:   Expiration:   Restrictions:   Endorsements:

Vehicle has current proof of insurance? ☐ Yes ☐ No   Expiration Date of Insurance Card:

DID OPERATE THE FOLLOWING VEHICLE/MOTOR VEHICLE AT THE ABOVE LISTED LOCATION:

☐ Commercial Vehicle   US DOT #:   VIN #:
☐ 16+ Pass Vehicle

Vehicle License:   Lic. State:   Expiration:   Year:   Make:   Model:   Type:   Color:

Reg. Owner   Address:
☐ Same

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

1 Violation

Posted Speed:   Actual Speed:   Cited Speed:   ☑ NRS ☐ CFR ☐ County Code ☐ Municipal Code

To Wit:   NRS/County/City #

2 Violation

To Wit:   ☐ NRS ☐ CFR ☐ County Code ☐ Municipal Code
NRS/County/City #

I certify (or declare) that I have probable cause to believe and do believe
that above named person committed the above offense(s) contrary to law.

Officer/Complainant's PRINTED Name:   Officer/Complainant's Signature:   P#   Bureau:

| Las Vegas Municipal Court | Las Vegas Justice Court | Josephie Justice Services | North Las Vegas Municipal Court | Henderson Municipal Court | Boulder City Municipal Court |
|---|---|---|---|---|---|
| 200 Lewis Ave. Las Vegas, NV 702-229-6201 1-800-634-6883 | 200 Lewis Ave. Las Vegas, NV 89155 702-671-3444 1-877-871-3183 | 601 N. Pecos Rd. Las Vegas, NV 89101 702-455-6380 | 2332 Las Vegas Blvd. N. Suite 100 N. Las Vegas, NV 89030 702-633-1405 | 243 Water St. Henderson, NV 89015 702-267-3300 | 501 Avenue G Boulder City, NV 89005 702-293-9278 |

Township/Justice Court:   ☐ Court Mandatory   Phone:

You are hereby ordered to appear on   day of   year   at   ☐ a.m. ☐ p.m.   OR ☐ Regular Business Hours
to answer the above charges.

WITHOUT ADMITTING HAVING COMMITTED THE ABOVE OFFENSES, I HEREBY PROMISE TO RESPOND AS DIRECTED ON THIS NOTICE, AND WAIVE MY RIGHT TO BE TAKEN IMMEDIATELY BEFORE A MAGISTRATE AND HAVE A TRIAL WITHIN 48 HOURS.

Defendant's Signature X   Phone   ☐ Interpreter Needed?   LANGUAGE

*Handwritten notations:* FICTITIOUS NAME

*Handwritten at bottom:* Page 2 of 2

# EXHIBIT "E"

Copy Dun & Bradstreet Business Information Report  LAS VEGAS

METROPOLITAN DEPT

(DUNS-  08-542-5762)



# Las Vegas Metropolitan Police Department

DUNS: 08-542-5762

## Business Information Report

### Company Information

400 S Martin L King Blvd
Las Vegas, NV 89106

This is a **headquarter** location.
This company has multiple locations,
detailed branch/division information is
available in D&B's linkage or family tree
products.

| | |
|---|---|
| **Telephone** | (702) 828-8267 |
| **Chief Executive:** | DIRECTOR(S): THE OFFICER(S) |
| **Stock Symbol:** | NA |
| **Year Started** | 2011 |
| **Employees** | 90 |

**Financial Statement**

| | |
|---|---|
| **Sales** | NA |
| **Net Worth** | NA |
| **History:** | NA |
| **Financial Condition:** | NA |
| **Financing:** | NA |
| **SIC:** | 9221 |
| **Line of Business:** | Police protection |

### Corporate Family:

This business is a headquarter of the corporate family.

## Scores

### PAYDEX ®

**67** ▲

18 days beyond terms



|1  |  |  |  67▼  |  |  | 100 |
120 Days Slow          30 Days Slow          Prompt

**Based on up to 24 months of trade.**
**D&B PAYDEX® Key**

■
High risk of late payment
(average 30 to 120 days beyond terms)

Medium risk of late payment
(average 30 days or less beyond terms)

■  Low risk of late payment
(average prompt to 30+ days sooner)

### Credit Limit Recommendation



| | Financial Data | Trade Payments | Company Size | Years in Business |
|---|---|---|---|---|
| Company Profile | Not Available | Available (3+Trade) | Large | Established |

**Compared to ALL US Businesses within the D&B Database:**

- Financial Data: **Not Available**
- Trade Payments: **Available: 3+Trade**
- Company Size: **Large: Employees:50+ or Sales: $500K+**
- Years in Business: **Established: 5+**

## History & Operations

### History

The following information was reported: **05/21/2016**

Officer(s):
**DOUGLAS GILLESPIE, CHIEF**

**DIRECTOR(S):**
**THE OFFICER(S)**

On December 6, 2011 Management stated This business was registered as a Government in Nevada in 2011. A check with the Nevada Secretary of State as of December 6, 2011 revealed no charter or foreign registration. Business started 2011.

### Operations

05/21/2016

Description:
Provides police protection (100%).

**Employees:** 90 which includes officer(s). Undetermined employed here.

**Facilities:** Occupies premises in building.

**Branches:** This company has multiple locations, detailed branch/division information is available in D&B's linkage or family tree products.

### SIC & NAICS

SIC:
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations that if we use the standard 4-digit code.The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

9221 0000 Police protection

**NAICS:**
922120 Police Protection

1
2

## CERTIFICATE OF SERVICE

3
4
5    I certify that a copy of Summons and Civil Rights Complaint will be served upon
6    Defendants listed below in compliance with FRCP Rule 4;
7
8    1. Defendant. MEAD is a Police officer.  Defendant has a principal place of
9    business located at LAS VEGAS METROPOLITAN POLICE DEPARTMENT
     400 S. Martin L. King Boulevard Las Vegas, Nevada   89106
10
11   2.  DEFENDANT MADLAND   is a  Police officer.  Defendant has a principal
     place of business located at LAS VEGAS METROPOLITAN POLICE
12   DEPARTMENT, 400 S. Martin L. King Boulevard Las Vegas, Nevada 89106
13
14   3.Defendant FOX 5 KVVU-TV is a corporation formed under the laws of the state
15   of  NEVADA.  Defendant has a principal place of business located at   FOX5
     KVVU-TV 25 TV5 Dr. Henderson, NV 89014.
16
17
18   4. LAS VEGAS METROPOLITAN POLICE DEPARTMENT
     is a corporation formed under the laws of the STATE OF NEVADA.  Defendant
19   has a principal place of business located at LAS VEGAS METROPOLITAN
20   POLICE DEPARTMENT 400 S. Martin L. King Boulevard Las Vegas,
     Nevada   89106.
21
22   5 .CLARK COUNTY, NEVADA is a  corporation formed under the laws of the
23   STATE  OF  NEVADA.  Defendant has a principal place of business located at
     500 S. Grand Central Pkwy., Las Vegas, NV 89155
24
25   Dated:__June 8, 2016_____
26
27                                        /s/ _Carolina Cruz_____
                                              Carolina Cruz
28

## CIVIL RIGHTS  COMPLAINT