thomas benson
c/o 9030 West Sahara Avenue, 617
Las Vegas Nevada [89117]



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| THOMAS BENSON<br>　　　　　Plaintiff,<br>vs.<br><br>KENNETH MEAD in his individual capacity,<br>MICHAEL MADLAND in his individual capacity,<br>FOX5 KVVU TV,<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT.<br>CLARK COUNTY NEVADA,<br>FEDERAL BUREAU OF INVESTIGATIONS,<br>B. VANOOSBREE in his/her individual capacity,<br>S. JUNG in his/her individual capacity,<br>CLARK COUNTY SHERIFF,<br>UNITED STATES DEPARTMENT OF TREASURY, DOES 1-30 INCLUSIVE,<br>　　　　　Defendants. | CASE NO.: 2:16-cv-01268-RFB-PAL<br><br>EMERGENCY MOTION TO ORDER A PERMANENT INJUNCTION BARRING KENNETH MEAD FROM PURSUING FURTHER INVESTIGATIONS |
|---|---|

# PLAINTIFF'S EMERGENCY MOTION TO ORDER A PERMANENT INJUNCTION BARRING KENNETH MEAD FROM FURTHER CONTACTING FRIENDS, ASSOCIATES, OF THOMAS BENSON

Plaintiff Motions that the Court issue a PRELIMINARY INJUNCTION barring KENNETH MEAD from further contacting friends, associates of thomas benson.

## I. INTRODUCTION

Defendant in this case KENNETH MEAD is being sued for rights violations. However, MEAD continues to call contacts of thomas benson, asking them if benson is assisting them in a foreclosure. MEAD followed Marcianita Bork last nignt in an suv vehicle, pulled in front of her car blocking her from moving, and questioned her if she knew Perla Hernandez, who is the landlord for a house benson is renting. MEAD has gone to Clara Bernabe's house, and questioned her if benson is helping her with a mortgage issue. MEAD called Terisita Tamayo on the phone and asked her if benson was helping her with a mortgage issue, she said no, he said he would come to her house and ask further questions. This greatly distressed Tamayo, as she has teen children in the house and would be very distressed if a POLICE OFFICER showed up at their house asking questions. MEAD contacted Cynthia Hall and left a message on her phone. MEAD is already named in this lawsuit for multiple counts of rights violations, Bivens 1983 action,title 18, section 241,242 civil rights violations, and possibly a rico action. MEAD is engaging in a continuing ongoing pattern, practice, custom and tradition, this is a las vegas metro policy of malicious prosecution, harassment, denial of due process, stalking, and trying to conflate a case against benson. It is obvious that MEAD is trying to thwart a FEDERAL INVESTIGATION, has already used numerous agencies to invade benson's home with an invalid search warrant, broke down the front door, broke all the windows, pointed automatic riftles at the bensons, including a child. MEAD had already been noticed of the FEDERAL LAWSUIT against him, and signed an affidavit for a search warrant. This warrant is void, everything seized is fruit of the poison tree. MEAD is using his color of law to commit oppressions. MEAD is following anyone who goes to benson, hernandez's house, and harassing them. MEAD continues to attack

benson because he is not a U.S.CITIZEN, U.S. RESIDENT, 14TH AMENDMENT CITIZEN, but is a citizen of one of the several states of the union. Once again, benson challenges the subject matter jurisdiction and personem jurisdiction of THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a corporation. RUNDLE VS DELEWARE, a supreme court decision says a corporation cannot sue or CONTEND with a living man. I am a living man, as indicated by the affidavit of nationality submitted as an exhibit in this lawsuit.

There is a likelihood of success on the merits of Plaintiff's case.

## CONCLUSION

Until this controversy is resolved, Denial of PERMANENT INJUNCTION will result in irreparable harm, to wit, the depravation of Plaintiff's legally protected rights and all the trauma that goes with it, including damage to Plaintiff's relationships, reputation within the community.

Granting the PERMANENT INJUNCTION will not result in even greater harm to the nonmoving party.

## PRAYER FOR INJUNCTIVE RELIEF

Wherefore, Plaintiff's motion having satisfied the requisite elements, Plaintiff Motions this Court grant a PERMANENT INJUNCTION enjoining the any party from contacting any more of benson's friends, associates until a decision has been made by this court.

Respectfully submitted: This July 15, 2016.

_____
thomas benson Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above Motion for Permanent Injunction and Order for Permanent Injunction has been furnished by U.S. first class Mail to the attorney of MEAD:

LYSSA S. ANDERSON
RYAN W. DANIELS
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

This __15__ day of __july__, 2016

*[signature]* Chris-harold; Cabode for care