UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| THOMAS BENSON, | Case No. 2:16-cv-01268-RFB-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH MEAD, et al., | (Mot. File Electronically – ECF No. 27) |
| Defendants. | |

This matter is before the court on Plaintiff Thomas Benson's Motion to Use Pacer to File Electronically (ECF No. 27), filed July 19, 2016. This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice. The court has considered the Motion.

Plaintiff is proceeding in this civil rights action *pro se*, which means that he is not represented by an attorney. *See* LSR 2-1. Plaintiff asks the court to allow him to use Pacer to electronically file documents in this case. The court advises Plaintiff that the CM/ECF system is used in this district to file, access, and electronically serve documents. Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff Thomas Benson's Motion to Use Pacer to File Electronically (ECF No. 27) is GRANTED. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a. On or before **September 6, 2016**, Plaintiff must complete the CM/ECF tutorial, which is accessible on the court's website www.nvd.uscourts.gov in the Civil & Criminal Events Menu, and file certification indicating that he is familiar with the electronic filing procedures and best practices.

1

1            b.   Plaintiff is not authorized to file electronically unless the certification is filed
2                with the Court within the specified time frame.
3            c.   Upon timely filing of the certification, Plaintiff shall contact Robert Johnson
4                at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 23rd day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2