LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
radaniels@kcnvlaw.com
**Attorneys for Defendants**
**Las Vegas Metropolitan Police Department, Kenneth Mead, and Michael Madland**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BENSON,<br><br>          Plaintiff,<br><br>vs.<br><br>KENNETH MEAD in his individual capacity, MICHAEL MADLAND in his individual capacity, FOX 5 KVVU-TV, METROPOLITAN POLICE DEPARTMENT, CLARK COUNTY NEVADA, FEDERAL BUREAU OF INVESTIGATIONS, V. VANOOSBREE, in his/her individual capacity, S. JUNG, his/her individual capacity, CLARK COUNTY SHERRIFF, UNITED STATES DEPARTMENT OF TREASURY, DOES 1-30 INCLUSIVE,<br><br>          Defendants. | Case No. 2:16-cv-01268-RFB-PAL<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON MOTIONS TO DISMISS<br>AND<br>CERTIFICATION OF MEET AND CONFER PURSUANT TO SCHEDULING ORDER<br>[ECF NO. 47]** |

IT IS HEREBY STIPULATED, AGREED AND REQUESTED by and between the parties, either in proper person or through their undersigned Counsel, that the current Scheduling Order entered on August 23, 2016 [ECF No. 47], be vacated and that all discovery in this matter be stayed pending a ruling on Defendant KVVU Broadcasting Corporation's Motion to Dismiss

1 [ECF No. 15], the Las Vegas Metropolitan Police Department Defendants' Motion to Dismiss
2 [ECF No. 21], Defendant Clark County Sheriff's Motion to Dismiss [ECF No. 24], and
3 Plaintiff's Motion to Amend First Amended Complaint [ECF No. 29].

4 Here, a stay of discovery is appropriate as it is sought based on pending motions to dismiss Plaintiff's First Amended Complaint and Plaintiff's motion to amend his First Amended Complaint. These motions are potentially dispositive of certain claims and may even dismiss certain parties entirely from the litigation. In fact, KVVU's Motion to Dismiss raises preliminary jurisdictional arguments which should be addressed prior to any discovery being conducted. It would be burdensome, time-consuming and costly for the parties to engage in discovery without knowing the parameters of the claims or parties that are being pursued. Furthermore, issues of scope and proportionality would be difficult to determine and could require further unnecessary cost and expense to try to resolve. Fed. R. Civ. Proc. 1 provides that the rules should be "construed and administered to secure the just, speedy and *inexpensive* determination of every action and proceeding." (Emphasis added.) Staying discovery in this case is consistent with this intent.

Based upon the foregoing, and in accordance with this Court's scheduling order [ECF No. 47], the parties conferred on August 26, 2016 and determined that it is in the best interests of the parties that all matters concerning discovery be stayed. The parties request that the current Scheduling Order be vacated and agree to submit a new proposed Discovery Plan and Scheduling Order within fourteen (14) days of this Court's ruling on the last of the pending motions [ECF Nos. 15, 21, 24, 29]. The parties are not submitting this stipulation for the purpose of delay; rather, the parties are attempting to litigate this matter in an efficient manner

…

…

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

pursuant to the spirit and intent of the Federal Rules of Civil Procedure.

DATED this 2nd day of September, 2016.

| THOMAS BENSON | KAEMPFER CROWELL |
|---|---|
| By: /s/ thomas benson<br>THOMAS BENSON<br>c/o 9030 West Sahara Avenue, 617<br>Las Vegas, NV  89117<br>*Pro Per Plaintiff* | By: /s/ Ryan W. Daniels<br>LYSSA S. ANDERSON<br>(Nevada Bar No. 5781)<br>RYAN W. DANIELS<br>(Nevada Bar No. 13094)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-7000<br>Fax: (702) 796-7181<br>**Attorneys for Defendant Las Vegas Metropolitan Police Department** |

DICKINSON WRIGHT PLLC

By: /s/ Gabriel A. Blumberg
ERIC D. HONE
(Nevada Bar No. 8499)
GABRIEL A. BLUMBERG
(Nevada Bar No. 12332)
8363 West Sunset Road, Suite 200
Las Vegas, NV  89113-2210
**Attorneys for KVVU Broadcasting Corporation**

**IT IS SO ORDERED.**

DATED this 15th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE